Matthew J. Platkin*
Angela Cai*
Ravi Ramanathan*
Aaron E. Haier*
Conor Bradley*
**Platkin LLP**
413 Washington Ave.
Unit 174
Belleville, NJ 07109
(973) 561-1951
mplatkin@platkinllp.com

David R. Irvine
(Utah Bar No. 1621)
Attorney and Counselor at
Law
P.O. Box 1533
Bountiful, Utah 84011
(801) 949-6693
drirvine@aol.com

Alan L. Smith
(Utah Bar No. 2988)
Attorney and Counselor at
Law
1169 East 4020 South
Salt Lake City, Utah 84124
(801) 822-6076
alanakaed@aol.com

*Attorneys for Plaintiffs*

**pro hac vice applications forthcoming*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALLIANCE FOR A BETTER UTAH, INC.; ELEVATE STRATEGIES, LLC; JOSHUA S. KANTER; AND GABRIELLE S. FINLAYSON, <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN O'LEARY AND FOX NEWS NETWORK, LLC, <br><br> Defendants. | **NOTICE OF NONELECTRONIC FILING** <br><br> Civil No. 2:26-cv-00664 |

**Please take notice that** Plaintiffs Alliance for a Better Utah, Inc.; Elevate Strategies, LLC;

Joshua S. Kanter; and Gabrielle S. Finlayson have filed the original and one copy of the following

material, all of which are digital multimedia files attached as Exhibits to the Complaint in the

above-captioned matter:

- Exhibit 1 – May 11 Appearance on Mornings with Maria

1

- Exhibit 2 – May 13 Appearance on The Tucker Carlson Show
- Exhibit 3 – May 15 Appearance on Cuomo Mornings
- Exhibit 4 – May 16 Appearance on Saturday in America
- Exhibit 5 – May 20 Appearance on The Big Money Show
- Exhibit 6 – May 20 Appearance on The Bottom Line
- Exhibit 7 – May 24 Appearance on The Big Weekend Show
- Exhibit 8 – May 25 Social Media Clip
- Exhibit 9 – May 27 Appearance on The Top Story
- Exhibit 10 – June 3 Appearance on The Lead with Jake Tapper

This material has not been filed electronically because:

__X__ it cannot be converted to electronic format

_____ the file size exceeds 25 megabytes (MB) and cannot be broken down into smaller

increments of less than 25MB per attachment

_____ the Court by order has excused electronic filing

The document, paper, or other material has been served on all parties.

Dated this 15th day of July, 2026.

*/s/ Alan L. Smith*
Alan L. Smith (Utah Bar No. 2988)
Attorney and Counselor at Law
1169 East 4020 South
Salt Lake City, Utah 84124
Telephone: (801) 822-6076
Email: alanakaed@aol.com

2