Matthew J. Platkin*
Angela Cai*
Ravi Ramanathan*
Aaron E. Haier*
Conor Bradley*
**Platkin LLP**
413 Washington Ave.
Unit 174
Belleville, NJ 07109
(973) 561-1951
mplatkin@platkinllp.com

David R. Irvine
(Utah Bar No. 1621)
Attorney and Counselor at
Law
P.O. Box 1533
Bountiful, Utah 84011
(801) 949-6693
drirvine@aol.com

Alan L. Smith
(Utah Bar No. 2988)
Attorney and Counselor at
Law
1169 East 4020 South
Salt Lake City, Utah 84124
(801) 822-6076
alanakaed@aol.com

*Attorneys for Plaintiffs*

*\*pro hac vice applications forthcoming*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALLIANCE FOR A BETTER UTAH, INC.; ELEVATE STRATEGIES, LLC; JOSHUA S. KANTER; AND GABRIELLE S. FINLAYSON, <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN O'LEARY AND FOX NEWS NETWORK, LLC, <br><br> Defendants. | **CORPORATE DISCLOSURE STATEMENT** <br><br> Civil No. 2:26-cv-00664 |

This Corporate Disclosure Statement is filed on behalf of **Elevate Strategies, LLC** in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that

1

identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

**The filing party hereby declares as follows:**

__X__  No corporation owns 10% or more of its stock.

____  Party is a subsidiary or other affiliate of a privately held parent corporation that owns 10% or more of its stock.

   Parent:_____ Relationship_____

_____  Party is a subsidiary or other affiliate of a publicly held corporation that owns 10% or more of its stock.

   Parent: <Parent Name>  Relationship: Parent - 100% owner

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 15th day of July, 2026.

*/s/ Alan L. Smith*
Alan L. Smith (Utah Bar No. 2988)
Attorney and Counselor at Law
1169 East 4020 South
Salt Lake City, Utah 84124
Telephone: (801) 822-6076
Email: alanakaed@aol.com

2