## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KANTER, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>O'LEARY, et al.,<br><br>    Defendants | **ORDER GRANTING [ECFs 5–9] MOTIONS FOR PRO HAC VICE ADMISSION**<br><br>Civil No. 2:26-cv-00664-CMR<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court are five (5) Motions for Pro Hac Vice Admission (the Motions) (ECFs 5–9) filed by each applicant's respective Local Counsel. Local Counsel seeks Pro Hac Vice Admission for: Matthew J. Platkin (ECF 5); Angela Cai (ECF 6); Ravi Ramanathan (ECF 7); Aaron Haier (ECF 8); and Conor Bradley (ECF 9). Based on the Motions and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motions are **GRANTED**.

DATED this 17 July 2026.

*Cecilia M. Romero*
Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah