Justin T. Toth (Utah Bar No. 8438)
Whitney Hulet Krogue (Utah Bar No. 15184)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: 801.532.1500
Facsimile: 801.532.7543
jtoth@rqn.com
wkrogue@rqn.com

Thomas G. Hentoff (*Pro Hac Vice*)
Stephen J. Fuzesi (*Pro Hac Vice*)
Nicholas G. Gamse (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
Telephone: 202.434.5000
thentoff@wc.com
sfuzesi@wc.com
ngamse@wc.com

*Attorneys for Defendant Fox News Network, LLC*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

---

ALLIANCE FOR A BETTER UTAH, INC.; ELEVATE STRATEGIES, LLC; JOSHUA S. KANTER; and GABRIELLE S. FINLAYSON,

Plaintiffs,

v.

KEVIN O'LEARY and FOX NEWS NETWORK, LLC,

Defendants.

**DEFENDANT FOX NEWS NETWORK, LLC'S CONSENT MOTION FOR LEAVE TO FILE OVERLENGTH MOTION TO DISMISS**

Case No. 2:26-cv-00664-TC-CMR

District Court Judge Tena Campbell
Magistrate Judge Cecilia M. Romero

---

Pursuant to DUCivR 7-1(a)(7), Defendant Fox News Network, LLC ("Fox") submits this Consent Motion for Leave to File Overlength Motion to Dismiss in advance of the September 21, 2026 filing deadline for Fox's response to the Complaint in this matter. (Dkt. No. 14).

Fox requests leave to file a Motion to Dismiss consisting of no more than 30 pages, excluding sections not to be counted towards the page limit pursuant to DUCivR 7-1(a)(6), which results in five additional pages over the limit under Rule DUCivR 7-1(a)(4)(A)(i).

Good cause exists for the additional pages. The 215-paragraph Complaint alleges defamation on behalf of two Plaintiffs against Fox based on Defendant Kevin O'Leary's statements on five different Fox programs arising out of the controversy surrounding the Box Elder County data-center project. Fox requires five additional pages to fully address the issues set forth in Plaintiffs' Complaint and to present multiple independent grounds for dismissal of the Complaint as against Fox, under both the First Amendment and Utah law. The Motion to Dismiss contains a table of contents, as required by Rule DUCivR 7-1(a)(7)(B).

Counsel for Fox has conferred with counsel for Plaintiffs and counsel for O'Leary, who consent to granting Fox the additional five pages sought here.

For these reasons, Fox respectfully requests that the Court grant its Consent Motion for Leave to file Overlength Motion to Dismiss and allow Fox to file a Motion to Dismiss that includes five additional pages. A proposed order is submitted herewith.

DATED this 14th day of September, 2026.

WILLIAMS & CONNOLLY LLP

*/s/ Thomas G. Hentoff*

Thomas G. Hentoff (*Pro Hac Vice*)
Stephen J. Fuzesi (*Pro Hac Vice* )
Nicholas G. Gamse (*Pro Hac Vice* )

RAY QUINNEY & NEBEKER P.C.

*/s/ Justin T. Toth*

Justin T. Toth (Utah Bar No. 8438)
Whitney Hulet Krogue (Utah Bar No. 15184)

*Attorneys for Defendant Fox News Network, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2026, I electronically filed the foregoing **CONSENT MOTION FOR LEAVE TO FILE OVERLENGTH MOTION TO DISMISS** using the CM/ECF system of the District Court of the State of Utah, which sent notification of such filing to:

Matthew J. Platkin
Angela Cai
Ravi Ramanathan
Aaron E. Haier
Conor Bradley
Platkin LLP
413 Washington Ave.
Unit 174
Belleville, NJ 07109
mplatkin@platkinllp.com

David R. Irvine
dirvine@aol.com

Alan L. Smith
alanakaed@aol.com

*Attorneys for Plaintiffs*

*/s/ Justin T. Toth*