# Exhibit 1

betterutah • Follow
2 people

Canadian billionaire, Shark Tank investor, and Marty Supreme actor Kevin O'Leary claimed on Fox News that the new data center planned for Box Elder County, Utah will be the "largest in the world" and says he's been planning the site with Governor Spencer Cox, Speaker of the House Mike Schultz, Senate President Stuart Adams, Senator Mike Lee, and "many others" for 5 months.

Our drought-ridden and wildfire-prone state is currently facing several serious environmental issues— the rapidly drying Great Salt Lake, declining air quality, and water-scarcity— which become more apparent each passing year as our snowpack plummets. Fast-tracking a massive facility like this is not something to brag about- it's yet another example of our state's most powerful politicians showing that they cannot be trusted to care about environmental impact or public input when profit is on the line.




5,371
2,638
822

Messages

Canadian billionaire, Shark Tank investor, and Marty Supreme actor Kevin O'Leary claimed on Fox News that the new data center planned for Box Elder County, Utah will be the "largest in the world" and says he's been planning the site with Governor Spencer Cox, Speaker of the House Mike Schultz, Senate President Stuart Adams, Senator Mike Lee, and "many others" for 5 months.

Our drought-ridden and wildfire-prone state is currently facing several serious environmental issues— the rapidly drying Great Salt Lake, declining air quality, and water-scarcity— which become more apparent each passing year as our snowpack plummets. Fast-tracking a massive facility like this is not something to brag about- it's yet another example of our state's most powerful politicians showing that they cannot be trusted to care about environmental impact or public input when profit is on the line.

Box Elder County Commissioners will be voting on the facility on May 4th.




5,371

2,638

822

Messages