# Exhibit 2

Page 1
Facebook
https://www.facebook.com/reel/1676924929970531

Search Facebook

Reels




THE WORLD HERE

1.4K

1K

421

**Alliance for a Better Utah** · **Follow**

Alliance for a Better Utah · Original audio

Canadian billionaire, Shark Tank investor, and Marty Supreme actor Kevin O'Leary claimed on Fox News that the new data center planned for Utah will be... **See more**

Captured by FireShot Pro: 13 August 2026, 09:36:27 AM
https://getfireshot.com

Search Facebook

Reels




Alliance for a Better Utah · Follow

Original audio

Canadian billionaire, Shark Tank investor, and Marty Supreme actor Kevin O'Leary claimed on Fox News that the new data center planned for Utah will be the "largest in the world" and that he's been planning the site with Governor Spencer Cox, Speaker of the House Mike Schultz, Senate President Stuart Adams, Senator Mike Lee, and "many others" for 5 months.

Our drought-ridden and wildfire-prone state is currently facing several serious environmental issues— the rapidly drying Great Salt Lake, declining air quality, and

1.4K

1K

421

Search Facebook

Reels




Alliance for a Better Utah · Follow

Original audio

Our drought-ridden and wildfire-prone state is currently facing several serious environmental issues— the rapidly drying Great Salt Lake, declining air quality, and water-scarcity— issues that become more apparent each passing year as our snowpack plummets. Fast-tracking a massive facility like this is not something to brag about- it's yet another example of our state's most powerful politicians showing that they cannot be trusted to care about environmental impact or public input when profit is on the line. **See less**

PENTAGON

1.4K

1K

421