# Exhibit 3




Messages

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)




**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)




Messages

Messages

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)




Messages

Messages

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)




Messages

Messages

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)




Messages

Messages

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)

Frustration is fair- personal insults just get ignored. These commissioners did not plan the data center or ask to be at the center of this.

Messages

# File a water rights protest application

You can do this by following the instructions from our friends at Grow the Flow, Save the Great Salt Lake, and Friends of the Great Salt Lake.

We've provided these instructions on the

Messages

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)




Messages

Messages

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)




**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)




**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)




Messages

Messages

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)




**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)




Messages

Messages

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)




Messages

Messages

betterutah Follow ···

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)



Messages

betterutah Follow ···

betterutah 14w
Some ways that you can take action on the newly announced data center!

Thank you to @growtheflowutah @friendsofgreatsaltlake & @saveourgreatsaltlake for the info on slides 5-6 💚 🌊

olivia__sunday 14w
I would add a slide to this. Remember Ron Gibson in Indianapolis? We need to bring it to the council's front door.
2 likes Reply

Hide all replies

miryelle_alpha 13w
@olivia__sunday They were able to get a referendum going! Follow @bear_the_fight for updates ♡
Reply

mandar_ 14w
Now that the commissioners approved this, can you make another post with details on what citizens (Box Elder County and elsewhere) can do to keep this approval from moving forward? And what type of public involvement is allowed moving forward. Cities have different laws for different types of applications. For example, in SLC your public comments have more sway on rezones because they are legislative items, than they do on other types of projects where if an applicant meets the development standards, it must be approved. This situation is different because it isn't just being pushed by local government. It's state and federal too.
9 likes Reply

Hide all replies

smasayo 14w
@mandar_ 👏 👏 👏
Reply

Messages

miryelle_alpha 13w
They were able to get a referendum going! Follow @bear_the_fight for updates ♡
1 like Reply

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)

smasayo 14w
@mandar_ 👏👏👏
Reply

miryelle_alpha 13w
They were able to get a referendum going! Follow @bear_the_fight for updates ♡
1 like Reply

Messages

jo_savagephotography 14w
THANK YOU
1 like Reply

mountaingreencandles 14w
What do we do now???
Reply

Hide all replies

miryelle_alpha 13w
@mountaingreencandles They were able to get a referendum going! Follow @bear_the_fight for updates ♡
Reply

pjp1001 14w
Join forces with building trade unions to prevent building. Also, deny any building permits for electrical, water, pipefitting, carpentry, etc.
Reply

Hide all replies

miryelle_alpha 13w
@pjp1001 They were able to get a referendum going! Follow @bear_the_fight for updates ♡
Reply

dollsofhopeinsta 14w
Thank you for this.
3 likes Reply

Messages

kwin_415 14w
Come on Utah, let's get a big group out there to protest this. Let's show up!
21 likes Reply

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)

dollsofhopeinsta 14w
Thank you for this.
3 likes Reply

Messages

kwin_415 14w
Come on Utah, let's get a big group out there to protest this. Let's show up!
21 likes Reply

Hide all replies

mountaingreencandles 14w
@kwin_415 I bet there were 1000 people there!!! They didn't care!!!!
Reply

bellanvillegas 14w
My first question is- how dare you?
5 likes Reply

kathryn_lawlor_gibson 14w
I heard on a Canadian radio station today that there are plans in the works to put data centres in space. Space can naturally cool the space data centres. They last for a certain number of years with no maintenance then they burn up when they hit the earth's atmosphere.
6 likes Reply

kristen.richards2 14w
What can we do now? Is there anyway to stop it?
Reply

Hide all replies

miryelle_alpha 13w
@kristen.richards2 They were able to get a referendum going! Follow @bear_the_fight for updates ♡
Reply

riastoneauthor 13w
Utahans, Box Elder residents, while I no longer live in Utah, I am with you in spirit.
Reply

Messages

Hide all replies

miryelle_alpha 13w

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)

**riastoneauthor** 13w
Utahans, Box Elder residents, while I no longer live in Utah, I am with you in spirit.
Reply

Hide all replies

**miryelle_alpha** 13w
They were able to get a referendum going! Follow @bear_the_fight for updates ♡
1 like Reply

**riastoneauthor** 13w
@miryelle_alpha Thanks, good luck!
1 like Reply

**betinaannliv** 14w
Nothing. We can do nothing. Deal has already been made. 💰💰💰💰💰💰
2 likes Reply

**jdparsons1030** 14w
Stop it at all costs.
3 likes Reply

**jennthelewis** 14w
Thank you for this! I went to submit my protest and it was $15. These other ideas are great.
8 likes Reply

Hide all replies

**betterutah** 14w
@jennthelewis of course! Happy to help
3 likes Reply

6.4K 140 1.6K
May 2

Add a comment...

Messages

Messages

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)

6.4K 140 1.6K

May 2

Messages

Add a comment...

More posts from **betterutah**


















Messages

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)










Messages

Meta About Blog Jobs Help API Privacy Consumer Health Privacy Terms Locations Popular Instagram Lite Meta AI Threads Contact Uploading & Non-Users Meta Verified

English © 2026 Instagram from Meta

Messages

**Source URL:** https://www.instagram.com/p/DX2vRC7mbBX/?igsh=MTFma2oycXNpbnpkNw%3D%3D&img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:46:50 GMT-0500 (Central Daylight Time)