# Exhibit 4

# Alliance For A Better Utah Calls For Investigation Into Senate President Stuart Adams

NEWS, PRESS RELEASES MAY 6, 2026

**Salt Lake City, UT –**Today, Alliance for a Better Utah calls for a Senate Ethics investigation into Utah Senate President Stuart Adams, alleging a conflict of interest between his position as chair of the MIDA board and campaign donations to his PAC he recently received.

President Adams chairs the Military Installation Development Authority (MIDA), which controls bonds, development agreements, and hundreds of millions in public financing. On May 1st, five donations, totalling $135,000 from five entities with active MIDA businesses, were deposited to President Adams' PAC. This nearly doubled the cash on hand that the PAC had. The donations occurred all on the exact same day, seven days after a major MIDA approval of a 40,000 square foot data center in Box Elder County.

Elizabeth Hutchings, Communications Manager for Alliance for a Better Utah, issued the following statement:

*"This is a textbook conflict of interest. Public authorities like MIDA exist to benefit the public. They are granted enormous power because communities trust that power will be used to improve the lives of Utahns.* ***When the chair of that authority is simultaneously collecting donations from the project he oversees, that trust breaks down.*** *We deserve to have elected officials that will put Utahns' interests first, not just corporations."*

This is not the first time Adams has used his position of power for personal gain. Last year, it was reported President Adams used his position of power to influence a change in the law to benefit a family member. He also has been accused of campaign finance law violations and received backlash for accepting a free trip from the Qatari government.

###

*Alliance for a Better Utah is a nonprofit that holds politicians accountable and advocates for progressive policies that make Utah an even better place. The organization improves the lives of all Utahns through advocacy, transparency, and accountability in Utah politics, policy, and government. More information at www.betterutah.org.*

## Contact Us

P.O. Box 521847
Salt Lake City, UT 84152
(801) 893-2281
info@betterutah.org

For press inquires, contact press@betterutah.org

ALLIANCE FOR A BETTER UTAH 2022 © ALL RIGHTS RESERVED.