# Exhibit 5




Messages

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)




Messages

Messages

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)

President Adams chairs the Military Installation Development Authority (MIDA), which controls bonds, development agreements, and hundreds of millions in public financing.

On May 1st, five donations from five businesses tied to various MIDA projects were deposited to President Adam's PAC. Totaling at $135,000, these donations nearly doubled the PAC's cash on hand.

The donations occurred all on the exact same day, seven days after a major MIDA approval of a 40,000 square foot data center in Box Elder County.

Messages

Messages

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)




Messages

Messages

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)




Messages

Messages

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)




**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)




Messages

Messages

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)




Messages

**betterutah** and **elevate_utah** ...

**betterutah** Edited • 13w
This is not the first time Adams has used his position of power for personal gain. Last year, he influenced a backroom change in the law to benefit a family member who had been accused of a crime so that the teenager received a lighter punishment. He also has been accused of campaign finance law violations and received backlash for accepting a free trip from the Qatari government.

Messages

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)

**betterutah** and **elevate_utah** ...

**betterutah** Edited • 13w
This is not the first time Adams has used his position of power for personal gain. Last year, he influenced a backroom change in the law to benefit a family member who had been accused of a crime so that the teenager received a lighter punishment. He also has been accused of campaign finance law violations and received backlash for accepting a free trip from the Qatari government.

Join us in calling for transparency and accountability in our state government, and asking for the Senate Ethics Committee to investigate President Adams.

Share this petition with your friends and family in Utah so we can hold President Adams accountable! Link is in our bio.

This issue was brought to our attention by the reporting of Bryan Schott from @utah.politics, link in bio for story.

Messages

**hellsbackbonegrill** 13w
EXCELLENT
17 likes Reply

Hide all replies

**rustedsun** 13w
@hellsbackbonegrill Adams has a primary for the first time in over 2 decades. Vote him out! Support @stephanieforutah
1 like Reply

**billiejoann26** 13w
Yes!!!!!! Cox too. His father is President and his cousin is CEO of CentraCom!!!
283 likes Reply

Hide all replies

**_trisaratopss** 13w
@billiejoann26 YES! This needs to be investigated
17 likes Reply

**shwoody1** 13w
@billiejoann26 EXACTLY. The corruption goes DEEP in this Utah MAGAslature.
12 likes Reply

Messages

**sea_side_sea_witch** 13w

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)

17 likes Reply

shwoody1 13w
@billiejoann26 EXACTLY. The corruption goes DEEP in this Utah MAGAslature.
12 likes Reply

Messages

sea_side_sea_witch 13w
@_trisaratopss @apnews @npr @chrislhayes @msnbconpeacock @newshour
Reply

jess.mcgill 13w
@billiejoann26 I was coming to see if anyone else mentioned this. Where can I find that CentraCom is involved? My basic Google skills haven't found anything (but I have seen a lot of comments saying this).
6 likes Reply

suburbia.untamed 13w
@jess.mcgill they haven't publicly admitted who will get the contracts, but it's fair to assume that everyone voting yes on this project despite their local constituents pushback is benefiting from the project in one way or another. Utah politicians have a history of rewarding nepotism and centracomm already has government contracts and receives gov subsidies so it's not a stretch at all to assume they will get the contract given Cox's position of power.
6 likes Reply

georgianaknox 13w
@jess.mcgill there is no info tying them together right now but you can find a list of all the data centers in the valley that already use CentraCom services. So I think most people (including myself) are assuming there is a contract & a serious conflict of interest in the works.
2 likes Reply

jess.mcgill 13w
@georgianaknox I know this has been a conflict of interest in the past. Makes sense they are trying to keep it quiet. But since its government work they should have to be more transparent about bids and all that stuff IMO.
3 likes Reply

runningbeans 13w
@jess.mcgill whether you find documents that they are related to this data center or not, CentraCom has received over $34 million from taxpayers since his son, Governor Cox, has been in office.... 😳
1 like Reply

Messages

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)

3 likes Reply

**runningbeans** 13w
@jess.mcgill whether you find documents that they are related to this data center or not, CentraCom has received over $34 million from taxpayers since his son, Governor Cox, has been in office.... 😲
1 like Reply

Messages

**lola802** 13w
The cox's sold centracom 20 years ago to a New York company. My husband works for centracom. It's a small town business. Full of good amazing people. Centracoms fiber is nowhere near there and the company wants nothing to do with this data center!!!! Period. They are staying clear of it. Please don't spread false crap!
Reply

**teresa0697** 13w
@billiejoann26 THIS! That thug is pocketing millions!
1 like Reply

**alexisvanotten** 11w
@billiejoann26 go protest on spencer cox family farm in fairview utah
Reply

**betterutah** 13w
CORRECTION: * 40,000 acres- not square ft. Sorry everyone!
143 likes Reply

Hide all replies

**rachellethebelle** 13w
@betterutah and for comparison, the entire Disney World (housing all the resorts and parks) property is 25,000 acres.
1 like Reply

**mbbmeeshy** 13w
@betterutah shocked.... Oh wait, no I'm not. I'm never shocked at the conflicts that people used to recuse themselves to avoid any look of impropriety. Now it's just another day in the Republican Party.
3 likes Reply

Messages

**garymort** 10w
@betterutah that is a pretty egregious error :D

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)

**mbbmeeshy** 13w
@betterutah shocked.... Oh wait, no I'm not. I'm never shocked at the conflicts that people used to recuse themselves to avoid any look of impropriety. Now it's just another day in the Republican Party.
3 likes Reply

Messages

**garymort** 10w
@betterutah that is a pretty egregious error :D
Reply

**ssvw1111** 13w · Edited
Hell ya!!!! 🔥 🔥 🔥 Stuart Adams has been the chair of MIDA since 2008. He became President of the Utah State Senate in 2018. As Senate President, he controls what legislation gets passed, including legislation that funds and empowers MIDA. He also appoints himself to chair the board, because state law gives the Senate president that appointment.
He is simultaneously the most powerful legislator in Utah and the operational head of the development authority that benefits from the policies he controls.
83 likes Reply

Hide all replies

**emmaandherboys** 13w
Likely the most powerful individual in Utah, since the legislative branch has taken power from the executive branch, courts, and people since his tenure. He is who needs to go.
19 likes Reply

**shwoody1** 13w
Cox's family is also directly profiting from this... his father is president and CEO of CentraCom, who also made a deal with MIDA.
9 likes Reply

**sewz4fun** 13w
Utah Senate President J. Stuart Adams' political action committee, the Adams Leadership PAC, received $135,000 from five companies and individuals tied to the Military Installation Development Authority(MIDA) on May 1, 2026, just days after he chaired a board that approved a controversial 40,000-acre data center.
2 likes Reply

**rushforth4utah** 13w
This is why I'm running. We need accountability and transparency from our leaders.
131 likes Reply

Messages

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)

2 likes Reply

**rushforth4utah** 13w
This is why I'm running. We need accountability and transparency from our leaders.
131 likes Reply

Messages

Hide all replies

**annie40acrehomesteading** 13w
@rushforth4utah Politics. Kennedy said same. Then he changed laws to favor himself
Reply

**rushforth4utah** 13w
Politics has that effect on a lot of people. It's our obligation to vote those people out.
As for Kennedy; Which laws are you referring to specifically?
5 likes Reply

**rushforth4utah** 13w
@art.of_steele_ you're right to be cynical. But someone's got to try. If I'm not the person, someone's got to be. Also, also, your calisthenics stuff is really cool. Its a lot of hard work.
2 likes Reply

**shi_jo_yonson** 12w · Edited
@rushforth4utah are you running as an R? Cause we all know you are full of shit if you are. Accountability? Trump should be in prison for the Epstein files and all you elected officials keep bowing to his disgusting wims. Unless you denounce Trump and his party, you will not win. I promise you that.
1 like Reply

**rushforth4utah** 12w
I'm running as a Dem!
2 likes Reply

**rushforth4utah** 12w
I'm running as a Dem!
2 likes Reply

Messages

**shi_jo_yonson** 12w
@rushforth4utah glad to hear that. I'm a delegate for my county so I'll be watching.
1 like Reply

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)

**rushforth4utah** 12w
I'm running as a Dem!
2 likes Reply

Messages

**shi_jo_yonson** 12w
@rushforth4utah glad to hear that. I'm a delegate for my county so I'll be watching.
1 like Reply

**runningbeans** 10w
@rushforth4utah anyone against these surveillance centers should win. You mention you are pro affordable housing. Since housing is largely affected by state or national issues, how would you make Utah housing particularly affordable ?
Reply

**hollidaze84321** 13w
There was conflict of interest as well with the Department of water. Schultz was able to purchase a very share of water six months ago, when nobody in Box Elder county was able to buy even one share. This needs to be investigated as well.
100 likes Reply

Hide all replies

**shwoody1** 13w
Damn... Adams, Schultz AND COX (his family owns CentraCom) are ALL profiting from this... THIS IS BLATANT GOVERNMENT CORRUPTION.
11 likes Reply

**rustedsun** 13w
Senator Adams has a primary for the first time in over 2 decades. Vote him out. Elect @stephanieforutah
5 likes Reply

**roxannemcneilbooks** 10w
Can you tell me where to find this information so that I can cite it when I write to my Congressman
Reply

**christianson9203** 13w
The same guy that changed laws to benefit family members
188 likes Reply

Messages

Hide all replies

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)

Reply

christianson9203 13w
The same guy that changed laws to benefit family members
188 likes Reply

Messages

Hide all replies

schultzysmom 13w
@christianson9203 the law about age so his nephew or someone wouldn't be charged with r*pe? Oh hell, yeah, investigate the 💩 out of him. 👍
18 likes Reply

teribishop 13w
@schultzysmom granddaughter
5 likes Reply

emilybussforutah 13w
Signed by Senator Buss ✅
6 likes Reply

jlcox3 13w
Well, I completely disagree with the idea that public authorities like MIDA exist to benefit the public. They are created without our approval, positions are awarded to politicians and their cronies and they silence our voices on important land issues/developments, and I think they are ripe for corruption, but I'll definitely sign this petition.
33 likes Reply

andrewmerrill63 13w
The words "Utah Senate" and "Ethics" are contradictory terms and do not belong in the same sentence.
94 likes Reply

12.2K 286 1.7K
May 6

Add a comment...

Messages

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)

May 6

Add a comment...

Messages

More posts from **betterutah**


















Messages

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)










Messages

Meta About Blog Jobs Help API Privacy Consumer Health Privacy Terms Locations Popular Instagram Lite Meta AI Threads Contact Uploading & Non-Users Meta Verified

English © 2026 Instagram from Meta

Messages

**Source URL:** https://www.instagram.com/p/DYBLAdHmqsk/?img_index=1

**Collection Timestamp:** Wed Aug 12 2026 16:51:16 GMT-0500 (Central Daylight Time)