# Exhibit 6

**Alliance for a Better Utah's Post**

Alliance for a Better Utah
May 7 ·

Join us in calling for transparency and accountability in our state government, and asking for the Senate Ethics Committee to investigate President Adams.

Share this petition with your friends and family in Utah so we can hold President Adams accountable!

Link to petition: https://buff.ly/DLGj10I

Read the article from Utah Political Watch: https://utahpolitics.news/stuart-adams-pac-mida-donors.../




365 26 90