# Exhibit 7

Page 1
Better Utah on X: "Join us in calling for transparency and accountability in our state government, and asking for the Senate Ethics Committee to investigate President Adams. Link: https://t.co/J8sS05SZIg https://t.co/sGtV4r0fDB" / X
https://x.com/betterutah/status/2052516384496636395?s=20

**Better Utah**
@betterutah

Join us in calling for transparency and accountability in our state government, and asking for the Senate Ethics Committee to investigate President Adams.

Link: buff.ly/DLGj10I










5:30 PM · May 7, 2026 · **3,053** Views

7 36 92 3

Captured by FireShot Pro: 12 August 2026, 09:23:59 PM
https://getfireshot.com

**Page 1**
**Better Utah on X: "Join us in calling for transparency and accountability in our state government, and asking for the Senate Ethics Committee to investigate President Adams. Link: https://t.co/J8sS05SZIg https://t.co/sGtV4r0fDB" / X**
**https://x.com/betterutah/status/2052516384496636395?s=20**

**Better Utah**
@betterutah

Join us in calling for transparency and accountability in our state government, and asking for the Senate Ethics Committee to investigate President Adams.

Link: buff.ly/DLGj10I




5:30 PM · May 7, 2026 · **3,053** Views

7 36 92 3

Captured by FireShot Pro: 12 August 2026, 09:24:29 PM
https://getfireshot.com