# Exhibit 8

Page 1
Instagram
https://www.instagram.com/reels/DYBpecIOL1D/

betterutah • Follow

Senator Jerry Stevenson (R- Davis County) smacked the phone out of a reporter's hand earlier today in an altercation that resulted in the police being called and a report being filed.

Senator Stevenson is the Executive Appropriations Chair of the Utah Senate and is on the MIDA board, which unanimously approved the Box Elder data center a week ago. He also owns J&J Nursery- the parking lot in which this took place.

This conduct is unacceptable. It's also a clear sign that Stevenson is feeling some of the consequences that come with making unpopular, detrimental decisions with no public input or transparency.

* footage & article by Bayan Wang at @abc4utah (read the article via the link on our story)




23.3K
3,534
1,731

Messages

Captured by FireShot Pro: 12 August 2026, 09:12:43 PM
https://getfireshot.com