# Exhibit 9

Search Facebook

**Reels**




Alliance for a Better Utah · Follow

Alliance for a Better Utah · Original au...

Senator Jerry Stevenson (R- Davis County) smacked the phone out of a reporter's hand earlier today in an altercation that resulted in the police being... See more

3.8K

1.6K

802

Alliance for a Better Utah · Follow

Alliance for a Better Utah · Original audio

…tor Jerry Stevenson (R- Davis County) smacked the phone out of a reporter's hand earlier today in an altercation that resulted in the police being called and a report being filed.

Senator Stevenson is the Executive Appropriations Chair of the Utah Senate and is on the MIDA board, which unanimously approved the Box Elder data center a week ago. He also owns J&J Nursery- the parking lot in which this took place.

This conduct is unacceptable. It's also a clear sign that Stevenson is feeling some of the consequences that come with making unpopular, detrimental decisions with no public input or transparency.

* footage & article by Bayan Wang at @abc4utah (read the article via the link on our story) See less