# Exhibit 11

UNITED STATES DISTRICT OF UTAH

Case No. 2:26-cv-00664-CMR

----------------------------------X

Kanter, et al.,

Plaintiffs,

v.

O'Leary, et al.,

Defendants.

----------------------------------X

1. May 11, 2026 - Mornings with Maria -
BN_Aircheck_20260511_0600_0700_ET_lowres_MWM

00:00:00

MARIA BARTIROMO: And that's author Lee Smith with me yesterday along with Miranda Devine with a preview of the president's high-stakes trip to Beijing this week. China confirming that the president's visit is still on despite the Iran conflict. The issue expected to dominate the week's meetings, of course, after the president called Iran's latest peace proposal, "Totally unacceptable."

The U.S. and Beijing also expected to extend a trade truce reached in South Korea back in October through ongoing negotiations for more balanced trade. But, of course, after this Iran war and the blockade of oil, the dynamic completely changed with this trip.

Joining me now is O'Leary Ventures Chairman Kevin O'Leary. Kevin, great to see you. I want to get your take on this because --

KEVIN O'LEARY: Thank you.

MARIA BARTIROMO: -- we've talked about the China element in this many times. China, one of Iran's biggest backers, right? I mean, they're buying 90 percent of their oil from Tehran. What are you expecting from this week's

historic visit between President Trump and Xi Jinping?

00:01:00

KEVIN O'LEARY: Well, I think the entire meeting is going to be overshadowed by the Iran situation.

MARIA BARTIROMO: Yeah.

KEVIN O'LEARY: I mean, there's so much more to talk about, particularly the trade deal. IP theft, all the agenda items that we started a year ago that are going to be put on the side, I think, and just tabled for a while, while they work this out.

Because if I'm the supreme leader in China, I'm looking at my oil supply starting to dwindle. And I would really be concerned because that straight, as you've pointed out, is where the majority of their energy comes from. So, they've got to work out a deal. Trump's got a really interesting challenge ahead because that's one agenda item.

But there's a whole lot of other stuff around IP and AI and all kinds of other stuff that China's been meddling with in the United States that I don't think is going to get

addressed in this meeting. It's all about the war, all about energy.

MARIA BARTIROMO: Yeah, especially since they've been stealing intellectual property from the United States for decades. And the economy there is faltering. So, he's -- I mean, Xi Jinping, in my view, is cornered.

00:02:00

You know, he's got to stop the bullying on rare earth minerals because the president of the United States now is in charge of the oil flow and they need that oil. And the U.S. economy is holding up. What's your take there? I mean, the jobs report, much better than expected on Friday. The U.S. economy adding --

KEVIN O'LEARY: Yeah.

MARIA BARTIROMO: -- 150,000 jobs.

KEVIN O'LEARY: I mean, the S&P earnings are going to be spectacular. And --

MARIA BARTIROMO: Yep.

KEVIN O'LEARY: -- I'll tell you why. I think what people did not see coming, and it's serendipitous for this administration, is the margin enhancement and productivity in AI being implemented in all 11 sectors of the economy.

It's incredible in how this is affecting financial services, the insurance industry, real estate. Every single sector is using a combination of these AI models to add productivity, and that's why you're getting this remarkable situation. With all the conflict around the world, earnings are spectacular. We're going to have a spectacular year. Thank you, AI. I mean, you know, there's a lot of criticism about it, but at the end of the day, in the numbers, you can see the productivity.

00:03:00

MARIA BARTIROMO: Yeah, for sure. And that's why markets have been on a tear. Futures this morning are flat, but we're talking about a double-digit gain since the end of March. What a melt-up. More record highs on Friday. The S&P 500 now reaching a 15th record close of the year on Friday. The Nasdaq soared past 26,000 for the first time ever with a gain of one and three-quarters percent even as a U.S. trade court has ruled that the president's latest 10 percent temporary global tariffs are unjustified.

Under Section 122 of the 1974 Trade Act, a majority of the IEEPA tariff refunds begin

processing today and tomorrow, Kevin. But this is certainly not the big deal that everybody thought it was back on Liberation Day a year ago. Your thoughts on that before I get into the data centers --

KEVIN O'LEARY: Yes.

MARIA BARTIROMO: -- and why you're wearing that hat.

KEVIN O'LEARY: Yeah, thank you. On the tariffs, what seems to be happening across the S&P 500 and in companies that are smaller, sort of up to 500 million in sales, is half of them are absorbing the tariffs and offsetting that cost with AI productivity and margin enhancement.

00:04:07

But some of the tariffs are slipping through, and that's why inflation is sort of still north of three percent. But it seems to be a balance. It hasn't stopped the earnings from being -- I mean, we're going to have 17-plus percent earnings growth in the S&P 500, and it's not just one sector. It's not just tech. It's across the board. And so somehow this productivity is diminishing the impact of the

tariffs.

MARIA BARTIROMO: Mmm, okay. That's a good point. Now, Kevin, you're pushing back on these protesters against a 40,000-acre data center buildout in Utah. This project is set to support more than 10,000 jobs during construction alone. Critics say it's going to disrupt the environment and raise electricity costs. This is the main argument from Bernie Sanders. And you're saying that the data center buildout is key for America's, not just economy, but national security. Tell us about it.

00:05:01

KEVIN O'LEARY: Yeah, because at the end of the day, who would want us to stop building our electrical grid? Who would want to stop us from having compute capacity to develop AI? Which adversary would want that? There's only one. It's China.

And so, they can't use TikTok anymore to put out all the, you know, whatever misinformation they were doing there. So, what I think is happening -- and I've got some interesting data for you. This is from last night at 5:00.

So, when we had the announcement, a unanimous vote by the commissioners in Box Elder County on the project there, I think I'm one of the only data center developers that has his own data scientists working for him because I manage a massive social media platform supporting all my entrepreneurs. We noticed an immediate spike in misinformation on two platforms, Instagram and X, formerly Twitter. So, we dug in.

00:06:00

I got my guys to go a deep dig into the IP addresses, and here's what we found out. This is fascinating. Party for Socialism and Liberation, run by somebody called Neville Singham, pounding our social media with misinformation about Utah. For example, we're not using any electricity off the grid, Bernie. We're developing our own power, and then we're going to sell it back to the grid to support the people of Utah and the whole U.S.

Another one. People's Dispatch, Zoe Alexandra. Who are you, Zoe? And why are you spinning out all of this falsehood? But wait, we found two cells inside of Utah. Alliance for a Better Utah, Taylor Knuth, Canosh maybe, and Josh

Kanter. Who are you guys? And why are you spewing all this misinformation out? You say for a better Utah? Why wouldn't you want national defense in Utah? Why wouldn't you want compute power? Lastly. Elevate Strategies, also a cell operating inside of Utah, Gabi Finlayson.

00:07:00

Gabi, what are you doing? And why -- who's paying you? So, what I'm doing right now is, after getting this data, I'm calling out Taylor, Josh, and Gabi operating in Utah. I want a forensic audit of who's funding their platforms. Who is it? Are they working with the Party for Socialism and Liberation and the People's Dispatch? Because the content looks almost identical.

And so why is this happening across America? Why, every time we announce national defense in terms of giving us compute power, do we get pounded by all of these IP addresses? So, these --

MARIA BARTIROMO: Right.

KEVIN O'LEARY: -- are proxies for the Chinese government, is my argument. And if they're not, because I want them to be able to

defend their name, Taylor, Josh, and Gabi, come out, come out wherever you are. Let's audit your books and let's show the people of Utah you actually care about them. You know, this --

MARIA BARTIROMO: Well --

KEVIN O'LEARY: -- Better Utah, Alliance for a Better Utah, there's nothing in there that's helping Utah. They're just spreading falsehoods. And so, I'm calling them out and I want them to clear their names. And thank goodness I've got forensic auditors, Maria.

00:08:00

I'm ready to go for work for them. And they should thank me for this promotion I'm giving them right now.

MARIA BARTIROMO: Yeah.

KEVIN O'LEARY: If they have nothing to hide, they'll open their books.

MARIA BARTIROMO: Well, Kevin --

KEVIN O'LEARY: I don't think so, though. I think somebody's paying --

MARIA BARTIROMO: We know --

KEVIN O'LEARY: -- them.

MARIA BARTIROMO: We've done stories on Neville Singham, and it's a U.S.-born tech

entrepreneur, but he turned to be a political activist and has ties to the Communist Party of China. So, what you're suggesting here is that the CCP is trying to bust up the plans for data center buildouts in the U.S. Because if Neville Roy Singham is behind some of those people, the critics argue that he's basically aligned with the CCP.

KEVIN O'LEARY: So, Neville, Zoe, Taylor, Josh, Gabi, come out, come out wherever you are and let's shine the light of transparency on what you're doing. Because they're also going after the leadership --

MARIA BARTIROMO: Okay.

KEVIN O'LEARY: -- in Utah itself. These two cells. I mean, it's the CPP at work here. There's no question about it.

MARIA BARTIROMO: Yeah. Yeah. All right. We'll be watching all of that, Kevin. We certainly understand the plight.

00:09:00

Thanks so much, Kevin O'Leary. Stay with us. We'll be right back.

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

Sonya M. Ledanski Hyde

_________________________________

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: September 8, 2026

**0**

**00664** 1:3
**0600** 1:14
**0700** 1:14

**1**

**1** 1:13
**10** 5:22
**10,000** 7:6
**11** 1:13 4:25
**11501** 12:14
**12151** 12:8
**122** 5:24
**150,000** 4:17
**15th** 5:18
**17** 6:21
**1974** 5:24

**2**

**2026** 1:13 12:16
**20260511** 1:14
**26,000** 5:19
**2:26** 1:3

**3**

**300** 12:13
**330** 12:12

**4**

**40,000** 7:4

**5**

**500** 5:18 6:11 6:12,22
**5:00** 7:25

**8**

**8** 12:16

**9**

**90** 2:24

**a**

**able** 9:25
**absorbing** 6:13
**accurate** 12:4
**acre** 7:4
**act** 5:25
**activist** 11:2
**actually** 10:4
**add** 5:4
**adding** 4:15
**addressed** 4:1
**addresses** 8:12 9:20
**administration** 4:23
**adversary** 7:18
**affecting** 5:1
**agenda** 3:10,21
**ago** 3:11 6:3
**ahead** 3:20
**ai** 3:23 4:24 5:4 5:9 6:14 7:18
**aircheck** 1:14
**al** 1:5,8
**alexandra** 8:22
**aligned** 11:7
**alliance** 8:24 10:7
**america** 9:18
**america's** 7:11
**announce** 9:18
**announcement** 8:1
**anymore** 7:20
**argue** 11:7
**argument** 7:9 9:24
**audit** 9:12 10:2
**auditors** 10:11
**author** 2:2

**b**

**back** 2:12 6:3 7:3 8:19 11:23
**backers** 2:23
**balance** 6:20
**balanced** 2:14
**bartiromo** 2:2 2:21 3:7 4:3,17 4:20 5:13 6:7 7:2 9:22 10:5 10:16,19,22,24 11:14,18
**basically** 11:7
**beijing** 2:5,11
**bernie** 7:9 8:17
**better** 4:14 8:25 9:3 10:6,7
**big** 6:2
**biggest** 2:23
**blockade** 2:15
**bn** 1:14
**board** 6:24
**books** 10:3,18
**born** 10:25
**box** 8:2
**building** 7:16
**buildout** 7:5,10
**buildouts** 11:5
**bullying** 4:9
**bust** 11:4
**buying** 2:24

**c**

**c** 12:1,1
**called** 2:9 8:14
**calling** 9:10 10:9
**canosh** 8:25
**capacity** 7:17
**care** 10:4
**case** 1:3
**ccp** 11:4,8
**cell** 9:5
**cells** 8:24 11:16
**center** 7:5,10 8:4 11:5
**centers** 6:5
**certainly** 6:2 11:20
**certify** 12:3
**chairman** 2:18

challenge 3:20
changed 2:16
charge 4:11
china 2:5,22,22 3:15 7:19 11:3
china's 3:24
chinese 9:24
clear 10:10
close 5:18
cmr 1:3
combination 5:4
come 10:1,2 11:10,10
comes 3:18
coming 4:22
commissioners 8:2
communist 11:2
companies 6:11
completely 2:16
compute 7:17 9:4,19
concerned 3:16
confirming 2:5
conflict 2:7 5:6
construction 7:6
content 9:15
cornered 4:7
cost 6:14
costs 7:8
country 12:12
county 8:3
course 2:8,14
court 5:21
cpp 11:16
criticism 5:10
critics 7:7 11:7
cv 1:3

**d**

data 6:4 7:4,10 7:24 8:4,5 9:10 11:4
date 12:16
day 5:10 6:3 7:15
deal 3:9,19 6:2
decades 4:5
deep 8:11
defend 10:1
defendants 1:9
defense 9:4,19
despite 2:6
develop 7:17
developers 8:4
developing 8:18
devine 2:3
dig 8:11
digit 5:16
diminishing 6:25
dispatch 8:21 9:15
disrupt 7:7
district 1:1
doing 7:22 9:8 9:9 11:12
dominate 2:7
double 5:16
dug 8:9
dwindle 3:16
dynamic 2:15

**e**

e 12:1
earnings 4:19 5:7 6:20,22
earth 4:10
economy 4:6,13 4:15,25 7:11
elder 8:2
electrical 7:16
electricity 7:8 8:17
element 2:22
elevate 9:5
energy 3:18 4:2
enhancement 4:24 6:15
entire 3:5
entrepreneur 11:1
entrepreneurs 8:7
environment 7:8
especially 4:3
estate 5:3
et 1:5,8,14
everybody 6:2
example 8:16
expected 2:7,11 4:15
expecting 2:25
extend 2:12

**f**

f 12:1
falsehood 8:23
falsehoods 10:9
faltering 4:6
fascinating 8:13
financial 5:2
finlayson 9:6
first 5:20
flat 5:15
flow 4:12
foregoing 12:4
forensic 9:12 10:11
formerly 8:9
found 8:12,24
friday 4:15 5:17,19
funding 9:12
futures 5:14

**g**

**gabi** 9:6,8,11 10:1 11:10
**gain** 5:16,20
**getting** 5:5 9:10
**giving** 9:19 10:15
**global** 5:23
**go** 8:11 10:13
**going** 3:5,11,25 4:19 5:8 6:21 7:7 8:19 11:12
**good** 7:3
**goodness** 10:11
**government** 9:24
**great** 2:18
**grid** 7:16 8:17 8:19
**growth** 6:22
**guys** 8:11 9:1

**h**

**half** 6:12
**happening** 6:10 7:23 9:17
**hat** 6:8
**helping** 10:8
**hide** 10:18
**high** 2:4
**highs** 5:17
**historic** 3:1
**holding** 4:13
**hyde** 12:3

**i**

**identical** 9:16
**ieepa** 5:25
**immediate** 8:7
**impact** 6:25
**implemented** 4:25
**incredible** 5:1
**industry** 5:2
**inflation** 6:18
**inside** 8:24 9:6
**instagram** 8:8
**insurance** 5:2
**intellectual** 4:4
**interesting** 3:20 7:24
**ip** 3:10,23 8:12 9:20
**iran** 2:7,14 3:6
**iran's** 2:9,23
**issue** 2:7
**item** 3:21
**items** 3:10

**j**

**jinping** 3:2 4:7
**jobs** 4:14,17 7:6
**joining** 2:17
**josh** 8:25 9:11 10:1 11:10

**k**

**kanter** 1:5 9:1
**kevin** 2:18,18 2:20 3:4,8 4:16 4:18,21 6:1,6,9 7:3,14 9:23 10:6,17,19,20 10:23 11:9,15 11:19,22
**key** 7:11
**kinds** 3:23
**know** 4:9 5:9 7:21 10:4,22
**knuth** 8:25
**korea** 2:12

**l**

**lastly** 9:5
**latest** 2:9 5:22
**leader** 3:14
**leadership** 11:13
**ledanski** 12:3
**lee** 2:2
**legal** 12:11
**liberation** 6:3 8:14 9:14
**light** 11:11
**looking** 3:15
**looks** 9:15
**lot** 3:22 5:9
**lowres** 1:14

**m**

**main** 7:9
**majority** 3:18 5:25
**manage** 8:5
**march** 5:16
**margin** 4:24 6:14
**maria** 1:13 2:2 2:21 3:7 4:3,17 4:20 5:13 6:7 7:2 9:22 10:5 10:11,16,19,22 10:24 11:14,18
**markets** 5:14
**massive** 8:6
**mean** 2:23 3:8 4:6,14,18 5:9 6:21 11:16
**meddling** 3:24
**media** 8:6,15
**meeting** 3:5 4:1
**meetings** 2:8
**melt** 5:17
**million** 6:12
**mineola** 12:14
**minerals** 4:10
**miranda** 2:3
**misinformation** 7:22 8:8,16 9:2
**mmm** 7:2
**models** 5:4

morning 5:15
mornings 1:13
mwm 1:14

**n**

n 12:1
name 10:1
names 10:10
nasdaq 5:19
national 7:11 9:3,18
need 4:12
negotiations 2:13
neville 8:14 10:25 11:5,9
night 7:25
north 6:19
noticed 8:7
numbers 5:11
ny 12:14

**o**

o 12:1
o'leary 2:17,18 2:20 3:4,8 4:16 4:18,21 6:6,9 7:14 9:23 10:6 10:17,20,23 11:9,15,22
october 2:13
offsetting 6:13
oil 2:15,24 3:15 4:11,12
okay 7:2 11:14
old 12:12
ongoing 2:13
open 10:18
operating 9:6 9:11
overshadowed 3:5
own 8:4,18
o'leary 1:8

**p**

particularly 3:9
party 8:13 9:14 11:2
past 5:19
paying 9:9 10:21
peace 2:9
people 4:22 8:20 10:3 11:6
people's 8:21 9:15
percent 2:24 5:21,22 6:19 6:22
plaintiffs 1:6
plans 11:4
platform 8:6
platforms 8:8 9:13
plight 11:20
plus 6:21
point 7:3
pointed 3:17
political 11:1
pounded 9:20
pounding 8:15
power 8:18 9:5 9:19
president 2:9 3:1 4:10
president's 2:4 2:6 5:22
preview 2:4
proceedings 12:5
processing 6:1
productivity 4:24 5:5,11 6:14,25
project 7:5 8:3
promotion 10:14
property 4:4
proposal 2:9
protesters 7:4
proxies 9:23
pushing 7:3
put 3:11 7:21

**q**

quarters 5:21
question 11:17

**r**

r 12:1
raise 7:8
rare 4:10
reached 2:12
reaching 5:18
ready 10:13
real 5:2
really 3:16,20
record 5:17,18 12:5
refunds 5:25
remarkable 5:6
report 4:14
right 2:23 9:9 9:22 10:15 11:19,23
road 12:12
roy 11:6
ruled 5:22
run 8:14

**s**

s&p 4:18 5:17 6:11,22
sales 6:12
sanders 7:9
saying 7:10
scientists 8:5
section 5:24
sector 5:3 6:23
sectors 4:25
security 7:12

**see** 2:18 4:22 5:11
**seems** 6:10,19
**sell** 8:19
**september** 12:16
**serendipitous** 4:23
**services** 5:2
**set** 7:5
**shine** 11:11
**show** 10:3
**side** 3:11
**signature** 12:8
**singham** 8:15 10:25 11:6
**single** 5:3
**situation** 3:6 5:6
**slipping** 6:17
**smaller** 6:11
**smith** 2:3
**soared** 5:19
**social** 8:6,15
**socialism** 8:13 9:14
**solutions** 12:11
**somebody** 8:14
**somebody's** 10:21
**sonya** 12:3
**sort** 6:12,18
**south** 2:12
**spectacular** 4:19 5:7,8
**spewing** 9:2
**spike** 8:7
**spinning** 8:23
**spreading** 10:9
**stakes** 2:4
**started** 3:10
**starting** 3:15
**states** 1:1 3:25 4:5,11
**stay** 11:22
**stealing** 4:4
**stop** 4:9 7:15 7:17
**stopped** 6:20
**stories** 10:24
**straight** 3:17
**strategies** 9:5
**stuff** 3:22,23
**suggesting** 11:3
**suite** 12:13
**supply** 3:15
**support** 7:6 8:19
**supporting** 8:6
**supreme** 3:14
**sure** 5:13

**t**

**t** 12:1,1
**tabled** 3:12
**take** 2:19 4:13
**talk** 3:9
**talked** 2:21
**talking** 5:15
**tariff** 5:25
**tariffs** 5:23 6:10,13,17 7:1
**taylor** 8:25 9:11 10:1 11:10
**tear** 5:14
**tech** 6:23 10:25
**tehran** 2:25
**tell** 4:21 7:12
**temporary** 5:23
**terms** 9:19
**thank** 2:20 5:8 6:9 10:11,14
**thanks** 11:22
**theft** 3:10
**think** 3:4,12,25 4:22 7:23 8:3 10:20,21
**thought** 6:3
**thoughts** 6:4
**three** 5:20 6:19
**ties** 11:2
**tiktok** 7:20
**time** 5:20 9:18
**times** 2:22
**today** 6:1
**tomorrow** 6:1
**totally** 2:10
**trade** 2:12,14 3:9 5:21,24
**transcript** 12:4
**transparency** 11:11
**trip** 2:5,16
**truce** 2:12
**true** 12:4
**trump** 3:1
**trump's** 3:19
**trying** 11:4
**turned** 11:1
**twitter** 8:9
**two** 8:8,24 11:16

**u**

**u.s.** 2:11 4:12 4:15 5:21 8:20 10:25 11:5
**unacceptable** 2:10
**unanimous** 8:2
**under** 5:24
**understand** 11:20
**united** 1:1 3:24 4:5,11
**unjustified** 5:23
**use** 7:20
**using** 5:3 8:17
**utah** 1:1 7:5 8:16,20,24,25 9:3,4,6,11 10:3 10:6,7,8 11:15

**v**

**v** 1:7
**ventures** 2:17
**veritext** 12:11
**view** 4:7
**visit** 2:6 3:1
**vote** 8:2

**w**

**wait** 8:23
**want** 2:19 7:15 7:16,18 9:3,4 9:11,25 10:10
**war** 2:15 4:2
**watching** 11:19
**we've** 2:21 10:24
**wearing** 6:8
**week** 2:5
**week's** 2:8,25
**work** 3:13,19 10:13 11:16
**working** 8:5 9:13
**world** 5:7

**x**

**x** 1:4,10 8:8
**xi** 3:1 4:7

**y**

**yeah** 3:7 4:3,16 5:13 6:9 7:14 10:16 11:18,18
**year** 3:11 5:8 5:18 6:3
**yep** 4:20
**yesterday** 2:3

**z**

**zoe** 8:21,22 11:9