# Exhibit 12

UNITED STATES DISTRICT OF UTAH

Case No. 2:26-cv-00664-CMR

----------------------------------X

Kanter, et al.,

Plaintiffs,

v.

O'Leary, et al.,

Defendants.

----------------------------------X

2. May 16, 2026 Saturday in America -
FNC_Aircheck_20260516_1000_1100_ET_lowres_SIA

00:00:00

KAYLEIGH MCENANY: All right. Well, turning to the world stage, President Trump is back from Beijing after a high.stakes summit, excuse me, with President Xi Jinping. Trade was front and center, but the talks went far beyond tariffs. The two leaders also discussed artificial intelligence, Taiwan, and the war in Iran.

And standing alongside President Trump were some of the most powerful business leaders in the world who you're looking at, top CEOs including Elon Musk, Tim Cook. They took part in official events as China rolled out the red carpet for American business. So, what does this summit mean for America’s economic dominance? Joining me now is O'Leary Ventures Chairman Kevin O'Leary. You know him well, Mr. Wonderful. Trillions of dollars descending on China. What does this mean, Kevin O'Leary?

KEVIN O'LEARY: It's a dilemma. China is the second largest market on Earth, and everybody would like to do business there. However, as we've learned since 2020 when they

joined the World Trade Organization, they don't play by the rules.

00:01:00

They're never going to play by the rules. They steal IP. You can't use their court systems to resolve disputes. You can't really work the same way in the legal system as they do here in the U.S. If they want to litigate, they can. We can't do the same against them.

So, the dilemma is for all these leaders is of course you'd like to sell more engines to the second.largest market. But will they steal their IP? And the only way you can fight back, as Trump has figured out, is you have to impose tariffs. So, it's a tension. I agree with the strategy. Of course, you want to open that market. And the hope is always there that they will play by the rules.

However, I think most of us now who have done business there, large or small, have figured out they are not our friends. They're our adversaries. And I'm not speaking about the Chinese people. I'm talking about their government. You know, we caught them spying on

TikTok just last year, and they're doing it now with proxies they just pour money into all over the U.S. The government, they're just not our friends, if you know what I mean.

00:02:00

KAYLEIGH MCENANY: I do know what you mean, Kevin. Speaking of another issue, in Utah, you're opening an AI data center, and it seems like a positive thing, but there's a lot of protesters. What's going on?

KEVIN O'LEARY: So, you're right, and they deserve their answers. We're not trying to circumvent any processes. We have to get water permits, air permits. There seems to be a general trend across the nation to be against data centers.

And I started to wonder why when on the morning of May 4th, I had a huge uplift in complaints on my own social media feeds. And our own people started to do a digital audit, and we found this organization in Utah that was really, really pushing out misinformation into Box Elder County. I don't know these people, but they're called Alliance for a Better Utah.

And I thought, gee, it's really

expensive to do what they're doing. Who's funding it? So, I launched an audit, and lo and behold, this money is coming from China.

KAYLEIGH MCENANY: Huh.

00:03:00

KEVIN O'LEARY: An organization called Arabella, and I'm going to publish it over the weekend. We looked at all the IRS Form 990s that --

KAYLEIGH MCENANY: Wow.

KEVIN O'LEARY: -- through a really clandestine -- it's amazing. They're basically bring in millions of dollars into Utah to push out PR trying to stop any advance in power generation or in AI compute or any kind of compute. Who would want that? Only the Chinese. I can't believe it. I couldn't believe it. But they should rename this thing Alliance for a Better China in Utah after you look at how much money is coming out of China pouring into this organization.

KAYLEIGH MCENANY: Kevin, I only have a few moments here, but that's fascinating to me because China is coming into the United States, buying up farmland, infiltrating our society, and

now you think funding protesters against an American entrepreneur?

KEVIN O'LEARY: This is irrefutable. This is Form 990 from the IRS. Now it's done through a whole bunch of clandestine different entities, and I've traced every single one.

00:04:00

And I'm going to publish it today. And I hope these people, Taylor Knuth and Josh Kanter, whoever they are who run this organization, they got a lot of explaining to do to their fellow citizens in Utah because they are not -- it doesn't look like to me they're supporting the mandate in Utah at all. They're supporting China.

KAYLEIGH MCENANY: Well, Kevin O'Leary, thank you for breaking that here on Saturday in America. We'll follow it. Appreciate you.

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.



__________________________________

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: September 8, 2026

**0**

**00664** 1:3

**1**

**1000** 1:14
**1100** 1:14
**11501** 7:14
**12151** 7:8
**16** 1:13

**2**

**2** 1:13
**2020** 2:24
**2026** 1:13 7:16
**20260516** 1:14
**2:26** 1:3

**3**

**300** 7:13
**330** 7:12

**4**

**4th** 4:18

**8**

**8** 7:16

**9**

**990** 6:4
**990s** 5:8

**a**

**accurate** 7:4
**advance** 5:14
**adversaries** 3:22
**agree** 3:15
**ai** 4:8 5:15
**air** 4:14
**aircheck** 1:14
**al** 1:5,8
**alliance** 4:24 5:18
**alongside** 2:10
**amazing** 5:12
**america** 1:13 6:18
**american** 2:15 6:2
**america's** 2:16
**answers** 4:12
**appreciate** 6:18
**arabella** 5:7
**artificial** 2:8
**audit** 4:20 5:2

**b**

**back** 2:4 3:14
**basically** 5:12
**behold** 5:3
**beijing** 2:4
**believe** 5:17,17
**better** 4:24 5:19
**beyond** 2:6
**box** 4:22
**breaking** 6:17
**bring** 5:13
**bunch** 6:5
**business** 2:11 2:15,23 3:20
**buying** 5:25

**c**

**c** 7:1,1
**called** 4:24 5:6
**carpet** 2:15
**case** 1:3
**caught** 3:24
**center** 2:6 4:8
**centers** 4:16
**ceos** 2:12
**certify** 7:3
**chairman** 2:17
**china** 2:14,19 2:21 5:3,19,20 5:24 6:15
**chinese** 3:23 5:16
**circumvent** 4:13
**citizens** 6:12
**clandestine** 5:12 6:5
**cmr** 1:3
**coming** 5:3,20 5:24
**complaints** 4:19
**compute** 5:15 5:16
**cook** 2:13
**country** 7:12
**county** 4:23
**course** 3:11,16
**court** 3:5
**cv** 1:3

**d**

**data** 4:8,16
**date** 7:16
**defendants** 1:9
**descending** 2:19
**deserve** 4:12
**different** 6:5
**digital** 4:20
**dilemma** 2:21 3:10
**discussed** 2:7
**disputes** 3:6
**district** 1:1
**doing** 4:1 5:1
**dollars** 2:19 5:13
**dominance** 2:16

**e**

**e** 7:1
**earth** 2:22
**economic** 2:16
**elder** 4:22
**elon** 2:13
**engines** 3:12
**entities** 6:6

**entrepreneur** 6:2
**et** 1:5,8,14
**events** 2:14
**everybody** 2:23
**excuse** 2:5
**expensive** 5:1
**explaining** 6:11

**f**

**f** 7:1
**far** 2:6
**farmland** 5:25
**fascinating** 5:23
**feeds** 4:19
**fellow** 6:12
**fight** 3:14
**figured** 3:14,21
**fnc** 1:14
**follow** 6:18
**foregoing** 7:4
**form** 5:8 6:4
**found** 4:21
**friends** 3:21 4:4
**front** 2:6
**funding** 5:2 6:1

**g**

**gee** 4:25
**general** 4:15
**generation** 5:15
**going** 3:4 4:10 5:7 6:8
**government** 3:24 4:3

**h**

**high.stakes** 2:4
**hope** 3:17 6:9
**huge** 4:18
**huh** 5:4
**hyde** 7:3

**i**

**impose** 3:15
**including** 2:13
**infiltrating** 5:25
**intelligence** 2:8
**ip** 3:5,13
**iran** 2:9
**irrefutable** 6:3
**irs** 5:8 6:4
**issue** 4:7

**j**

**jinping** 2:5
**joined** 3:1
**joining** 2:17
**josh** 6:9

**k**

**kanter** 1:5 6:10
**kayleigh** 2:2 4:6 5:4,10,22 6:16
**kevin** 2:17,20 2:21 4:7,11 5:6 5:11,22 6:3,16
**kind** 5:15
**know** 2:18 3:24 4:4,6,23
**knuth** 6:9

**l**

**large** 3:20
**largest** 2:22
**launched** 5:2
**leaders** 2:7,11 3:11
**learned** 2:24
**ledanski** 7:3
**legal** 3:7 7:11
**litigate** 3:8
**lo** 5:2
**look** 5:19 6:13
**looked** 5:8
**looking** 2:12
**lot** 4:9 6:11
**lowres** 1:14

**m**

**mandate** 6:14
**market** 2:22 3:12,17
**mcenany** 2:2 4:6 5:4,10,22 6:16
**mean** 2:16,20 4:4,7
**media** 4:19
**millions** 5:13
**mineola** 7:14
**misinformation** 4:22
**moments** 5:23
**money** 4:2 5:3 5:20
**morning** 4:18
**musk** 2:13

**n**

**n** 7:1
**nation** 4:15
**never** 3:4
**ny** 7:14

**o**

**o** 7:1
**o'leary** 2:17,18 2:20,21 4:11 5:6,11 6:3,16
**official** 2:14
**old** 7:12
**open** 3:16
**opening** 4:8
**organization** 3:1 4:21 5:6,21 6:11
**own** 4:19,20
**o’leary** 1:8

**p**

**part** 2:13
**people** 3:23 4:20,23 6:9
**permits** 4:14,14

**plaintiffs** 1:6
**play** 3:2,4,18
**positive** 4:9
**pour** 4:2
**pouring** 5:20
**power** 5:14
**powerful** 2:11
**pr** 5:14
**president** 2:3,5 2:10
**proceedings** 7:5
**processes** 4:13
**protesters** 4:10 6:1
**proxies** 4:2
**publish** 5:7 6:8
**push** 5:13
**pushing** 4:22

**r**

**r** 7:1
**really** 3:6 4:21 4:22,25 5:11
**record** 7:5
**red** 2:14
**rename** 5:18
**resolve** 3:6
**right** 2:2 4:11
**road** 7:12
**rolled** 2:14
**rules** 3:2,5,18
**run** 6:10

**s**

**saturday** 1:13 6:17
**second** 2:22
**second.largest** 3:12
**seems** 4:8,14
**sell** 3:11
**september** 7:16
**sia** 1:14
**signature** 7:8
**single** 6:6
**small** 3:20
**social** 4:19
**society** 5:25
**solutions** 7:11
**sonya** 7:3
**speaking** 3:22 4:7
**spying** 3:24
**stage** 2:3
**standing** 2:10
**started** 4:17,20
**states** 1:1 5:24
**steal** 3:5,13
**stop** 5:14
**strategy** 3:16
**suite** 7:13
**summit** 2:4,16
**supporting** 6:14,15
**system** 3:7
**systems** 3:6

**t**

**t** 7:1,1
**taiwan** 2:8
**talking** 3:23
**talks** 2:6
**tariffs** 2:7 3:15
**taylor** 6:9
**tension** 3:15
**thank** 6:17
**thing** 4:9 5:18
**think** 3:19 6:1
**thought** 4:25
**tiktok** 4:1
**tim** 2:13
**today** 6:8
**took** 2:13
**top** 2:12
**traced** 6:6
**trade** 2:5 3:1
**transcript** 7:4
**trend** 4:15
**trillions** 2:19
**true** 7:4
**trump** 2:3,10 3:14
**trying** 4:12 5:14
**turning** 2:3
**two** 2:7

**u**

**u.s.** 3:8 4:3
**united** 1:1 5:24
**uplift** 4:18
**use** 3:5
**utah** 1:1 4:7,21 4:24 5:13,19 6:12,14

**v**

**v** 1:7
**ventures** 2:17
**veritext** 7:11

**w**

**want** 3:8,16 5:16
**war** 2:8
**water** 4:13
**way** 3:7,13
**we've** 2:24
**weekend** 5:8
**went** 2:6
**wonder** 4:17
**wonderful** 2:18
**work** 3:7
**world** 2:3,12 3:1
**wow** 5:10

**x**

**x** 1:4,10
**xi** 2:5

| y |
|---|
| **year** 4:1 |