# Exhibit 13

UNITED STATES DISTRICT OF UTAH

Case No. 2:26-cv-00664-CMR

---------------------------------X

Kanter, et al.,

Plaintiffs,

v.

O'Leary, et al.,

Defendants.

---------------------------------X

3. May 20, 2026 The Big Money Show -
FBN_Aircheck_20260520_1300_1400_ET_lowres_TBMS

00:00:00

BRIAN BRENBERG: Welcome back to The Big Money Show. I'm Brian Brenberg, along with my wonderful co-hosts, Taylor Riggs, Lou Basanese, Jackie DeAngelis, you know them. And with us for the hour, Mr. Wonderful himself, O'Leary Ventures Chairman, Kevin O'Leary. Good to see you, sir.

KEVIN O'LEARY: Great to be here. Thank you.

BRIAN BRENBERG: All right. Well, America's AI rebellion is growing, and it's no longer just online outrage. Recent polling shows AI is now viewed more negatively than ICE, politicians, and Iran. Communities across the country have blocked or delayed at least 48 data center projects valued at some 156 billion in the last year alone.

The AI boom needs power, land, and public trust. How can big tech win over the hearts and minds of everyday Americans? We shall debate that topic with a guy who's right at the center of it right now, Kevin O'Leary.

00:01:00

Data centers. People are a little

upset.

KEVIN O'LEARY: Yep.

BRIAN BRENBERG: They're a little concerned about what it might do to their communities. What are you encountering? What are you saying?

KEVIN O'LEARY: So, ask yourself, why are they upset in every state where this is being proposed? Who is giving them the misinformation or information? And why all of a sudden is there such a focus on stopping any infrastructure around power or data compute capacity?

This is a very simple story. The evening of May 4th, for me -- I'm the only data center, you know, builder, I think, or entity that has 12 million social media followers. This just happens to be because of Shark Tank, I think.

So, 6:30, May 4th, my team calls me and said something's going on, on our social, it's up 10,000 percent on DMs, and all this crazy information is coming out that's all wrong. It's just not factual. For example, on the data center in Utah, they're saying, we're going to use power in Utah.

00:02:00

No, we're bringing your own power; that we're somehow taking water from the Great Salt Lake. No, that's not true; that this thing is going to be 40,000 acres. That's not factual. It's a tenth of that. So, all of this misinformation. So, I get a team and I hire data scientists and some deep guys, very, very, very strong at scraping IP addresses.

JACKIE DEANGELIS: Mm-hmm.

KEVIN O'LEARY: And about 16 hours later, who do we got? We got the Party for Socialism and Liberation.

TAYLOR RIGGS: Yep.

KEVIN O'LEARY: We got the People's Dispatch. We've got all of these entities that I'd never heard of spitting out bad stuff on Utah.

JACKIE DEANGELIS: Wow.

TAYLOR RIGGS: Brian, can I echo that?

BRIAN BRENBERG: Go ahead.

TAYLOR RIGGS: Unleash Prosperity on Monday or Tuesday put out a chart that the Bitcoin Policy Institute said, talking about the anatomy of an influence operation, the campaign

against American AI, it's the -- China, CCP.

00:03:00

China state media funneling through the Singham network to then going to the People's Dispatch that then goes down to Sanders and AOC. And they think that it's like grassroots, but this is saying it's very much funded by either foreign billionaires or China who are trying to slow us down. Because if they install moratoriums on data centers here, China can win the AI race.

Now that doesn't mean that feelings aren't valid about people who have a data center outside their home or are worried about electricity bills. That's very fair. But I think understanding what is right, what is wrong, what is the real information, and who is funding the grassroots organizations that don't feel as grassroots when you're going out and protesting AI and demanding moratoriums. And it's working. You're getting stories in, like, Michigan where they're halting projects.

BRIAN BRENBERG: Mm-hmm.

00:03:56

TAYLOR RIGGS: And so I think we just

need to be a little bit careful about where some of this information and the propaganda against AI is coming from because it's not coming from good actors who have America's best interest at heart.

KEVIN O'LEARY: Who is paying for it is the question.

LOU BASENESE: Well, but this is tapping in. Your personal experience taps into what Winston Churchill observed, right? A lie can get halfway around the world before the truth has a chance to get its pants on.

And that's what we're seeing with all this misinformation. And I think this is happening so, so much because so much is at stake, right? National security issues, China getting ahead. We have way more data centers than them, over 4,000 in the U.S. with another 3,000 yet to be built.

But they want to win that IP race. They want to win that data center race. How do you do that? You slow it down with politics here in the United States.

BRIAN BRENBERG: So let me -- Jackie, go wherever you want. I'm not going to ask you a big life question. But let me throw -- I've had

a chance to talk to a few people, I think maybe you and I have, in fact, on the bottom line, data center -- folks who have opposed data centers in their areas, okay? This is Wisconsin and Missouri and so forth. And it does seem to me like there are quite a few people.

00:05:00

And they're not all on the left, by the way. I think they're all over the place, who have real legitimate concerns about -- you know, they live in an area that has a certain character, right? Probably maybe a little more rural. It doesn't have a lot of commerce. And all of a sudden, this massive commercial thing moves into their area.

And I think they say, well, what are the ramifications of that? I mean, it sort of happened, and we didn't even know about it, or we weren't plugged in. And now it's here, and I'm concerned like about my power bills and about water in the area. So, there may be the nefarious elements of this, and we can debate and discuss that.

But I do think there's a strain of the American population that just says, I'm not sold

on what the tech world is pushing here with all this data center, right now, as fast as we can.

JACKIE DEANGELIS: And I think it was when you were not here, I said that I, you know, visit two small towns, one in New York and one in New Jersey, and I wouldn't want to see a data center there, to be honest with you.

00:06:00

Even though I'm for AI and I support the president, and I think he's done a tremendous job going back on what Joe Biden and his cronies were trying to do and crushing AI in this country. So, I hear that aspect of it, but this is like AI is going to take my job as a fear concept that people glom onto then and create a whole situation.

If you told me in one of my two small towns that a data center was going to happen, but it was going to be, you know, tucked away, that it was going to be in a place that wasn't intrusive, that it was guaranteed the due diligence was being done, that the water and the electricity and the power needs and generation were not going to come from the town, and that these things were looked into, backed up, then I

might support it.

It's kind of like when you go into small towns and you see a strip mall and they don't let you just put a McDonald's there. You've got to kind of make it look like a house or like look like it fits in so that it blends a little bit better. But what's happening is in China, you don't have any of the regulation restrictions that we have here in the United States.

00:07:00

You don't have a court system. They're just going to do what they want. They're going to do it where they want, where it makes the more -- most sense for them. And so what's happening is I think these bad actors, the nefarious groups, are glomming on to that to stop it from happening here. It is going to happen. We just have to figure out the best ways that we can do it, the best places to put it.

KEVIN O'LEARY: Yeah, but here's how we should solve it2.

LOU BASENESE: (Indiscernible) 5G, we had the same problem --

BRIAN BRENBERG: Yeah.

LOU BASENESE: -- six years ago, right? Cell towers are sending radio waves. And now people argue when they can't stream their Netflix or order DoorDash because they don't have a signal. We've long forgotten about the fear because the adoption and the convenience has kicked in. I think we're missing (indiscernible).

KEVIN O'LEARY: Here's how we solve the problem. I got a -- this is breaking some news here. I got a call yesterday from a special agent, will not tell you which part of the government, along with four other special agents, all from different parts, saying, you want to collaborate with us? You have IP addresses that only we know about. How about this one? The Cuban Institute for Friendship with the People.

JACKIE DEANGELIS: Oh, God.

KEVIN O'LEARY: What are they doing marching around in Utah?

JACKIE DEANGELIS: Right.

KEVIN O'LEARY: So, I said to the government, guys, let's form a team.

00:08:00

I will give you 90 pages of IP

addresses that hit my social media. I know who they are because I hired my own guys, PhD guys that can do this stuff. I have all their addresses. Now you have them. And the death threats, I have their addresses, too. I gave them to the FBI. So, let's shine the light of transparency on these people. Here's a chart of just from that Singham guy, IRS 990 filings, just to the Alliance for a Better Utah.

JACKIE DEANGELIS: Yep.

KEVIN O'LEARY: What the hell are they taking Chinese money for? All proven, all through these nefarious entities.

JACKIE DEANGELIS: Mm-hmm.

KEVIN O'LEARY: My guys found this. I gave it to the government. Good luck, boys. Enjoy your new friends.

TAYLOR RIGGS: I hear you. For argument's sake, have we thought about 10 years from now how we're changing rural communities? I grew up in a rural small town, and an awesome university went up, UC Merced.

KEVIN O'LEARY: You don't like jobs? 2,000 jobs?

TAYLOR RIGGS: I -- no, I do.

LOU BASENESE: The ones where they're driving AI.driven John Deer tractors?

00:09:01

TAYLOR RIGGS: I -- yeah. No, and I'm not arguing. I hear you.

LOU BASENESE: I'm just playing devil's advocate.

TAYLOR RIGGS: But 10 years from now, the way we're changing rural, I just -- are we prepared for -- like you said, Silicon Valley is saying it's coming to your backyard. We don't care how it looks.

BRIAN BRENBERG: Well, this --

TAYLOR RIGGS: And I'm just --

BRIAN BRENBERG: It's a good point. Can I add on this?

TAYLOR RIGGS: Yeah.

BRIAN BRENBERG: I mean, there's a feature of American life right now -- I think this is getting to what you're saying, and I'd like you to interact with this, you have -- in America, you do have homegrown concerns about things, right? We ought to debate this.

KEVIN O'LEARY: And they're justified.

BRIAN BRENBERG: Right. So, what you have is you have legitimate home -- it could be about data centers. It could be about the Iran war. But then you have people outside the country who identify those concerns, and they -- and perhaps they're saying, we are going to ramp these up exponentially to turn it from what it is, a homegrown concern, into what looks like some kind of landslide movement or something, right? It is those outside actors that can manipulate internal public opinion.

00:10:04

Then all of a sudden, the debate doesn't look the way it ought to if they're homegrown. It looks like some -- like, oh my gosh, everybody in place X is against us. Well, maybe they're not. They have questions, but they're not all against us. How do we solve the problem of good internal debates becoming the entryway for outside actors manipulating our politics? I mean, I think that's the bigger question.

KEVIN O'LEARY: We shine the light of transparency on these nefarious actors, as I'm trying to do, along with other developers, and we

go through the process. I can't build without air permits. I can't build without water permits. I can't build without partners. Why -- ranchers that are my partners that are selling me the land, the desert that's away from where anybody lives, that's not that close, they want to sell their land because it's brinish water, and they're now going to create jobs and get monetized. Why should somebody in Cuba have a right to tell a rancher in Utah what to do? Because that's exactly what's going on here, everybody.

00:11:00

I can't believe this stuff. I can't believe it. And I have the IP addresses. I've got the links. I've got the content. And now the government has it, and we're going to work together. We're going to shine the light on this thing.

BRIAN BRENBERG: It's -- when you're in a race with somebody, sometimes you find they'll do whatever they can to get the lead.

KEVIN O'LEARY: They just met a honey badger. That's what I am. That's what I've turned into. I'm a data center honey badger.

That's it. Bringing it back.

BRIAN BRENBERG: Honey badgers, they have a nice name, but if you find out what they really do, they're tough to deal with. Okay, we're going to follow -- Look, it's a debate. There's a lot of different sides in this. There's a lot of dimensions. We are going to follow it. We're going to have it, and we like to bring on the guys who are right at the center of it. And you're good to come here and give us your side of the story and make the case.

KEVIN O'LEARY: You've always known me to tell the truth, whether it's popular or not. This has cost me a lot of -- crazy things happening. Well, but, hey. Honey badger.

BRIAN BRENBERG: Watch out for the honey badger if you're a guy who has honey.

00:12:00

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.



___________________________________

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: September 8, 2026

**0**

**00664** 1:3

**1**

**10** 11:19 12:8
**10,000** 3:21
**11501** 16:14
**12** 3:16
**12151** 16:8
**1300** 1:14
**1400** 1:14
**156** 2:17
**16** 4:11

**2**

**2,000** 11:24
**20** 1:13
**2026** 1:13 16:16
**20260520** 1:14
**2:26** 1:3

**3**

**3** 1:13
**3,000** 6:18
**300** 16:13
**330** 16:12

**4**

**4,000** 6:17
**40,000** 4:5
**48** 2:16
**4th** 3:14,19

**5**

**5g** 9:23

**6**

**6:30** 3:19

**8**

**8** 16:16

**9**

**90** 10:25
**990** 11:8

**a**

**accurate** 16:4
**acres** 4:5
**actors** 6:4 9:16 13:10,20,24
**add** 12:16
**addresses** 4:9 10:15 11:1,4,5 14:15
**adoption** 10:6
**advocate** 12:7
**agent** 10:12
**agents** 10:13
**ago** 10:1
**ahead** 4:21 6:16
**ai** 2:12,14,19 5:1,11,20 6:2 8:9,12,14
**ai.driven** 12:2
**air** 14:2
**aircheck** 1:14
**al** 1:5,8
**alliance** 11:9
**america** 12:22
**america's** 2:12 6:4
**american** 5:1 7:25 12:19
**americans** 2:21
**anatomy** 4:25
**anybody** 14:6
**aoc** 5:5
**area** 7:11,15,21
**areas** 7:4
**argue** 10:3
**arguing** 12:5
**argument's** 11:19
**aspect** 8:13
**awesome** 11:21

**b**

**back** 2:2 8:11 15:1
**backed** 8:25
**backyard** 12:11
**bad** 4:17 9:16
**badger** 14:24 14:25 15:15,17
**badgers** 15:2
**basanese** 2:5
**basenese** 6:7 9:23 10:1 12:1 12:6
**becoming** 13:19
**believe** 14:14 14:15
**best** 6:4 9:19,20
**better** 9:7 11:9
**biden** 8:11
**big** 1:13 2:3,20 6:25
**bigger** 13:21
**billion** 2:17
**billionaires** 5:8
**bills** 5:15 7:20
**bit** 6:1 9:7
**bitcoin** 4:24
**blends** 9:6
**blocked** 2:16
**boom** 2:19
**bottom** 7:2
**boys** 11:16
**breaking** 10:10
**brenberg** 2:2,3 2:11 3:3 4:21 5:23 6:23 9:25 12:13,15,18 13:1 14:20 15:2,16
**brian** 2:2,3,11 3:3 4:20,21 5:23 6:23 9:25 12:13,15,18 13:1 14:20 15:2,16

**bring** 15:9
**bringing** 4:2 15:1
**brinish** 14:7
**build** 14:1,2,3
**builder** 3:15
**built** 6:18

**c**

**c** 16:1,1
**call** 10:11
**calls** 3:19
**campaign** 4:25
**capacity** 3:12
**care** 12:12
**careful** 6:1
**case** 1:3 15:11
**ccp** 5:1
**cell** 10:2
**center** 2:17,23 3:15,24 5:13 6:20 7:3 8:2,7 8:18 14:25 15:9
**centers** 2:25 5:10 6:16 7:3 13:3
**certain** 7:11
**certify** 16:3
**chairman** 2:7
**chance** 6:11 7:1
**changing** 11:20 12:9
**character** 7:12
**chart** 4:23 11:7
**china** 5:1,3,8 5:10 6:15 9:8
**chinese** 11:12
**churchill** 6:9
**close** 14:6
**cmr** 1:3
**collaborate** 10:15
**come** 8:24 15:10
**coming** 3:22 6:3,3 12:11
**commerce** 7:13
**commercial** 7:14
**communities** 2:15 3:5 11:20
**compute** 3:12
**concept** 8:15
**concern** 13:8
**concerned** 3:4 7:20
**concerns** 7:10 12:22 13:5
**content** 14:16
**convenience** 10:6
**cost** 15:14
**country** 2:16 8:13 13:5 16:12
**court** 9:12
**crazy** 3:21 15:14
**create** 8:15 14:8
**cronies** 8:11
**crushing** 8:12
**cuba** 14:9
**cuban** 10:17
**cv** 1:3

**d**

**data** 2:16,25 3:12,14,23 4:7 5:10,13 6:16 6:20 7:2,3 8:2 8:6,18 13:3 14:25
**date** 16:16
**deal** 15:4
**deangelis** 2:5 4:10,19 8:3 10:18,21 11:10 11:14
**death** 11:4
**debate** 2:22 7:22 12:23 13:13 15:5
**debates** 13:19
**deep** 4:8
**deer** 12:2
**defendants** 1:9
**delayed** 2:16
**demanding** 5:20
**desert** 14:5
**developers** 13:25
**devil's** 12:6
**different** 10:14 15:6
**diligence** 8:22
**dimensions** 15:7
**discuss** 7:23
**dispatch** 4:16 5:5
**district** 1:1
**dms** 3:21
**doing** 10:19
**doordash** 10:4
**driving** 12:2
**due** 8:21

**e**

**e** 16:1
**echo** 4:20
**either** 5:7
**electricity** 5:15 8:23
**elements** 7:22
**encountering** 3:5
**enjoy** 11:17
**entities** 4:16 11:13

entity 3:15
entryway 13:20
et 1:5,8,14
evening 3:14
everybody 13:16 14:12
everyday 2:21
exactly 14:11
example 3:23
experience 6:8
exponentially 13:7

**f**

f 16:1
fact 7:2
factual 3:23 4:5
fair 5:15
fast 8:2
fbi 11:6
fbn 1:14
fear 8:14 10:5
feature 12:19
feel 5:18
feelings 5:12
figure 9:19
filings 11:8
find 14:21 15:3
fits 9:6
focus 3:11
folks 7:3
follow 15:5,8
followers 3:16
foregoing 16:4
foreign 5:8
forgotten 10:5
form 10:23
forth 7:5
found 11:15
four 10:13
friends 11:17
friendship 10:17
funded 5:7
funding 5:17
funneling 5:3

**g**

generation 8:23
getting 5:21 6:16 12:20
give 10:25 15:10
giving 3:9
glom 8:15
glomming 9:17
go 4:21 6:24 9:2 14:1
god 10:18
goes 5:5
going 3:20,24 4:5 5:4,19 6:24 8:11,14,18,19 8:20,24 9:13 9:13,18 13:6 14:8,11,17,18
15:5,7,8
good 2:7 6:3 11:16 12:15 13:19 15:10
gosh 13:16
government 10:13,23 11:16 14:17
grassroots 5:6 5:18,19
great 2:9 4:3
grew 11:21
groups 9:17
growing 2:12
guaranteed 8:21
guy 2:22 11:8 15:17
guys 4:8 10:23 11:2,2,15 15:9

**h**

halfway 6:10
halting 5:22
happen 8:18 9:18
happened 7:18
happening 6:14 9:7,15,18 15:15
happens 3:17
hear 8:13 11:18 12:5
heard 4:17
heart 6:4
hearts 2:21
hell 11:11
hey 15:15
hire 4:7
hired 11:2
hit 11:1
hmm 4:10 5:23 11:14
home 5:14 13:2
homegrown 12:22 13:8,15
honest 8:7
honey 14:23,25 15:2,15,17,17
hosts 2:4
hour 2:6
hours 4:11
house 9:5
hyde 16:3

**i**

ice 2:14
identify 13:5
indiscernible 9:23 10:8
influence 4:25
information 3:10,22 5:17 6:2
infrastructure 3:11

**install** 5:9
**institute** 4:24 10:17
**interact** 12:21
**interest** 6:4
**internal** 13:11 13:19
**intrusive** 8:21
**ip** 4:9 6:19 10:15,25 14:15
**iran** 2:15 13:3
**irs** 11:8
**issues** 6:15
**it2** 9:22

**j**

**jackie** 2:5 4:10 4:19 6:23 8:3 10:18,21 11:10 11:14
**jersey** 8:6
**job** 8:11,14
**jobs** 11:23,24 14:8
**joe** 8:11
**john** 12:2
**justified** 12:24

**k**

**kanter** 1:5
**kevin** 2:7,9,23 3:2,7 4:11,15 6:5 9:21 10:9 10:19,22 11:11 11:15,23 12:24 13:23 14:23 15:12
**kicked** 10:7
**kind** 9:2,5 13:9
**know** 2:5 3:15 7:10,18 8:4,19 10:16 11:1
**known** 15:12

**l**

**lake** 4:4
**land** 2:19 14:5 14:7
**landslide** 13:9
**lead** 14:22
**ledanski** 16:3
**left** 7:8
**legal** 16:11
**legitimate** 7:10 13:2
**liberation** 4:13
**lie** 6:9
**life** 6:25 12:19
**light** 11:6 13:23 14:18
**line** 7:2
**links** 14:16
**little** 2:25 3:3 6:1 7:12 9:7
**live** 7:11
**lives** 14:6
**long** 10:5
**longer** 2:13
**look** 9:5,6 13:14 15:5
**looked** 8:25
**looks** 12:12 13:8,15
**lot** 7:13 15:6,7 15:14
**lou** 2:4 6:7 9:23 10:1 12:1,6
**lowres** 1:14
**luck** 11:16

**m**

**make** 9:5 15:11
**makes** 9:14
**mall** 9:3
**manipulate** 13:11
**manipulating** 13:20
**marching** 10:20
**massive** 7:14
**mcdonald's** 9:4
**mean** 5:12 7:17 12:18 13:21
**media** 3:16 5:3 11:1
**merced** 11:22
**met** 14:23
**michigan** 5:21
**million** 3:16
**minds** 2:21
**mineola** 16:14
**misinformation** 3:9 4:7 6:13
**missing** 10:7
**missouri** 7:5
**mm** 4:10 5:23 11:14
**monday** 4:23
**monetized** 14:9
**money** 1:13 2:3 11:12
**moratoriums** 5:10,20
**movement** 13:9
**moves** 7:15

**n**

**n** 16:1
**name** 15:3
**national** 6:15
**need** 6:1
**needs** 2:19 8:23
**nefarious** 7:22 9:16 11:13 13:24
**negatively** 2:14
**netflix** 10:3
**network** 5:4
**never** 4:17
**new** 8:5,6 11:17
**news** 10:10
**nice** 15:3
**ny** 16:14

**o**

**o** 16:1
**o'leary** 2:7,7,9 2:23 3:2,7 4:11 4:15 6:5 9:21 10:9,19,22 11:11,15,23 12:24 13:23 14:23 15:12
**observed** 6:9
**oh** 10:18 13:15
**okay** 7:4 15:4
**old** 16:12
**ones** 12:1
**online** 2:13
**operation** 4:25
**opinion** 13:11
**opposed** 7:3
**order** 10:4
**organizations** 5:18
**ought** 12:23 13:14
**outrage** 2:13
**outside** 5:14 13:4,10,20
**own** 4:2 11:2
**o'leary** 1:8

**p**

**pages** 10:25
**pants** 6:11
**part** 10:12
**partners** 14:3,4
**parts** 10:14
**party** 4:12
**paying** 6:5
**people** 2:25 5:13 7:1,6 8:15 10:3,17 11:7 13:4
**people's** 4:15 5:4
**percent** 3:21
**permits** 14:2,3
**personal** 6:8
**phd** 11:2
**place** 7:9 8:20 13:16
**places** 9:20
**plaintiffs** 1:6
**playing** 12:6
**plugged** 7:19
**point** 12:15
**policy** 4:24
**politicians** 2:15
**politics** 6:21 13:21
**polling** 2:13
**popular** 15:13
**population** 7:25
**power** 2:19 3:12,25 4:2 7:20 8:23
**prepared** 12:10
**president** 8:10
**probably** 7:12
**problem** 9:24 10:10 13:19
**proceedings** 16:5
**process** 14:1
**projects** 2:17 5:22
**propaganda** 6:2
**proposed** 3:9
**prosperity** 4:22
**protesting** 5:19
**proven** 11:12
**public** 2:20 13:11
**pushing** 8:1
**put** 4:23 9:4,20

**q**

**question** 6:6,25 13:22
**questions** 13:17
**quite** 7:6

**r**

**r** 16:1
**race** 5:11 6:19 6:20 14:21
**radio** 10:2
**ramifications** 7:17
**ramp** 13:6
**rancher** 14:10
**ranchers** 14:4
**real** 5:17 7:10
**really** 15:4
**rebellion** 2:12
**recent** 2:13
**record** 16:5
**regulation** 9:8
**restrictions** 9:9
**riggs** 2:4 4:14 4:20,22 5:25 11:18,25 12:4 12:8,14,17
**right** 2:11,22 2:23 5:16 6:9 6:15 7:12 8:2 10:1,21 12:19 12:23 13:1,10 14:10 15:9
**road** 16:12
**rural** 7:13 11:20,21 12:9

**s**

**sake** 11:19
**salt** 4:3
**sanders** 5:5
**saying** 3:6,24 5:7 10:14 12:11,20 13:6
**says** 7:25
**scientists** 4:8
**scraping** 4:9

**security** 6:15
**see** 2:8 8:6 9:3
**seeing** 6:12
**seem** 7:5
**sell** 14:7
**selling** 14:4
**sending** 10:2
**sense** 9:15
**september** 16:16
**shark** 3:17
**shine** 11:6 13:23 14:18
**show** 1:13 2:3
**shows** 2:13
**side** 15:11
**sides** 15:6
**signal** 10:5
**signature** 16:8
**silicon** 12:10
**simple** 3:13
**singham** 5:4 11:8
**sir** 2:8
**situation** 8:16
**six** 10:1
**slow** 5:9 6:21
**small** 8:5,17 9:3 11:21
**social** 3:16,20 11:1
**socialism** 4:13
**sold** 7:25
**solutions** 16:11
**solve** 9:22 10:9 13:18
**somebody** 14:9 14:21
**something's** 3:20
**sonya** 16:3
**sort** 7:17
**special** 10:11 10:13
**spitting** 4:17
**stake** 6:15
**state** 3:8 5:3
**states** 1:1 6:22 9:10
**stop** 9:17
**stopping** 3:11
**stories** 5:21
**story** 3:13 15:11
**strain** 7:24
**stream** 10:3
**strip** 9:3
**strong** 4:9
**stuff** 4:17 11:3 14:14
**sudden** 3:10 7:14 13:13
**suite** 16:13
**support** 8:9 9:1
**system** 9:12

**t**

**t** 16:1,1
**take** 8:14
**talk** 7:1
**talking** 4:24
**tank** 3:17
**tapping** 6:8
**taps** 6:8
**taylor** 2:4 4:14 4:20,22 5:25 11:18,25 12:4 12:8,14,17
**tbms** 1:14
**team** 3:19 4:7 10:23
**tech** 2:20 8:1
**tell** 10:12 14:10 15:13
**tenth** 4:6
**thank** 2:10
**thing** 4:4 7:14 14:19
**things** 8:25 12:23 15:14
**think** 3:15,18 5:6,16,25 6:13 7:1,9,16,24 8:3 8:10 9:16 10:7 12:19 13:21
**thought** 11:19
**threats** 11:5
**throw** 6:25
**together** 14:18
**told** 8:17
**topic** 2:22
**tough** 15:4
**towers** 10:2
**town** 8:24 11:21
**towns** 8:5,18 9:3
**tractors** 12:2
**transcript** 16:4
**transparency** 11:7 13:24
**tremendous** 8:10
**true** 4:4 16:4
**trust** 2:20
**truth** 6:10 15:13
**trying** 5:8 8:12 13:25
**tucked** 8:19
**tuesday** 4:23
**turn** 13:7
**turned** 14:25
**two** 8:5,17

**u**

**u.s.** 6:17
**uc** 11:22
**understanding** 5:16
**united** 1:1 6:22 9:9

**university** 11:22
**unleash** 4:22
**upset** 3:1,8
**use** 3:25
**utah** 1:1 3:24 3:25 4:18 10:20 11:9 14:10

**v**

**v** 1:7
**valid** 5:13
**valley** 12:10
**valued** 2:17
**ventures** 2:7
**veritext** 16:11
**viewed** 2:14
**visit** 8:5

**w**

**want** 6:19,20 6:24 8:6 9:13 9:14 10:14 14:6
**war** 13:4
**watch** 15:16
**water** 4:3 7:21 8:22 14:2,7
**waves** 10:2
**way** 6:16 7:9 12:9 13:14
**ways** 9:19
**we've** 4:16 10:5
**welcome** 2:2
**went** 11:22
**win** 2:20 5:10 6:19,20
**winston** 6:9
**wisconsin** 7:4
**wonderful** 2:4 2:6
**work** 14:17
**working** 5:20
**world** 6:10 8:1
**worried** 5:14
**wow** 4:19
**wrong** 3:22 5:16

**x**

**x** 1:4,10 13:16

**y**

**yeah** 9:21,25 12:4,17
**year** 2:18
**years** 10:1 11:19 12:8
**yep** 3:2 4:14 11:10
**yesterday** 10:11
**york** 8:5