# Exhibit 16

## (filed nonelectronically with court)