# Exhibit 21

Alliance for a BETTER UTAH

Menu




# Our History

## What if there were a scandal and no one cared?

Alliance for a Better Utah is probably best known as the progressive non-profit that brought down Utah Attorney General John Swallow over illegal campaign finance activities. However, Better Utah's ideals of balance, transparency and accountability took root much earlier when our Founder, Josh Kanter, came to the realization that there was a missing voice in Utah's political landscape who could say whatever needed to be said, whenever it needed to be said, regardless of the consequences. And so an idea was born – the Alliance for a Better Utah. A group that would engage openly and honestly in the public square. Ensuring a balanced dialog about policy. Holding elected officials accountable to their constituents. Shining a light where there was a lack of transparency.

When Senate President Mike Waddoups called 100,000 Utahns lazy, Better Utah was there. When Utah wanted to follow Arizona down the immigration rabbit hole, Better Utah was there. When the Utah legislature wanted to run GRAMA over with a bus, Better Utah was there. When the Utah legislature gerrymandered the redistricting effort, Better Utah was there. When the Utah legislature wanted to eliminate sex-education for our children, Better Utah was there. When the American Legislative Exchange Council came to Utah, Better Utah was there. When Representative Mia Love backed the destruction of the very programs that got her to where she is today, Better Utah was there. When Senator Mike Lee received the equivalent of a $400,000 campaign contribution from a bank, Better Utah was there. When no one else was left standing for Medicaid expansion, Better Utah was there. When Judge Johansen needed to be shown the door, Better Utah was there. And yes, when Attorney General John Swallow broke the law, Better Utah was there.

Time and again, Better Utah has been and will be there – ensuring that there is balance, accountability and transparency in Utah politics, policy and government.

# Better Utah Highlights

## Contact Us

P.O. Box 521847
Salt Lake City, UT 84152
(801) 893-2281
info@betterutah.org

For press inquires, contact press@betterutah.org

ALLIANCE FOR A BETTER UTAH 2022 © ALL RIGHTS RESERVED.