# Exhibit 22

# Josh Kanter and Jonathan Ruga What if the inmates saved the asylum?

The Salt Lake Tribune

October 9, 2023 Monday

Copyright 2023 The Salt Lake Tribune All Rights Reserved

**Length:** 677 words

**Byline:** Josh Kanter and Jonathan Ruga | For The Salt Lake Tribune

## Body

Over the last several years - particularly beginning with the Donald Trump presidency - everyone from pundits to casual observers has been debating whether the current rancor and extreme partisan divide is more dangerous to our democracy than at any other time in American history. Much ink has been spilled comparing the extremes in both of our major parties and debating their equivalency.

To be clear, for those who so desperately want it to be so, this is most definitely a false equivalency. The extremism and tactics of the far right, represented by the likes of Matt Gaetz, Marjorie Taylor Green, Andy Gibbs, Lauren Boebert, Paul Gosar, and others, and the goals and tactics of the far left, represented by the likes of The Squad, are simply not the same thing. If they were, Speaker Kevin McCarthy's and former Speaker Nancy Pelosi's control of their respective caucuses would rhyme a lot more than they do.

What we are watching unfold in real time, though, may just suggest that the debate over this equivalency is irrelevant. You would be forgiven if the old adage "the inmates are running the asylum" has come to mind over the last several years as you consider the ability of Congress to do its job. It is difficult to think of a significant piece of legislation that has been passed with true, as opposed to token, bipartisan support for many years. Speaker McCarthy's inability to bring his caucus together to pass a continuing resolution regarding the budget, or its equivalent, exemplifies the notion of a small band of inmates controlling the institution of the House of Representatives. Fortunately, Utah Reps. Blake Moore, John Curtis and Burgess Owens stood with Speaker McCarthy and put the best interest of the country first. Resigning Rep. Chris Stewart did not vote.

However, seeing what was happening in the lower chamber, all but nine senators came together under the leadership of Senate President Chuck Schumer and Minority Leader Mitch McConnell, to pass a continuing resolution that showed a level of bipartisanship that is highly unusual in our current political environment. Unlike Utah's representatives in the House, it is important to note that those nine dissenters included Utah Sen. Mike Lee, joined by the usual suspects Rand Paul, Ted Cruz, Marsha Blackburn and others. As we have come to expect, Utah Senator Romney joined the majority to make sure the government stayed open.

As this played out in the Senate, Speaker McCarthy was faced with some very challenging choices he could have let the extremists win, resulting in the all-but-guaranteed government shutdown as of Friday night; he could have continued to try find a resolution that would have brought his caucus together; he could have sought out just enough Democratic support to send a largely unacceptable bill back to the Senate, where it surely would have been defeated; or, like the Senate, he could have worked some magic to bring the vast majority of his chamber together to pass a truly bipartisan bill, overwhelmingly supported by the entire chamber (335 to 91!).

Certainly one can argue that the events of the past few days have seen speaker McCarthy lose his speakership for what is nothing more than a cooling off period as we avoid a government shutdown for another 45 days. On the other hand, though, the facts and result suggest that the attempt by a small band of Republican extremists to hold the country hostage paved the way for an alliance - albeit maybe temporary - among Senate President Schumer,

Minority Leader McConnell, and Speaker McCarthy, to bring both chambers together in a truly bipartisan fashion to thwart the efforts of the extremists.

Could this unexpected alliance - which was prompted by the obstructionist efforts of extremists - signal a new era of partisanship and leadership in Congress? If so, it might just be true that the inmates saved the asylum.Josh Kanter | Alliance for a Better UtahJonathan Ruga | Patriotic Millionaires

Josh Kanter and Jonathan Ruga are the chairman and vice chairman of the Alliance for a Better Utah.

**Load-Date:** October 11, 2023

End of Document