# EXHIBIT 1

*May 11*

**Host:** Kevin, you're pushing back on these protesters against a 40,000-acre data center buildout in Utah. This project is set to support more than 10,000 jobs during construction alone. Critics say it's going to disrupt the environment and raise electricity costs. This is the main argument from Bernie Sanders. And you're saying that the data center buildout is key for America's not just economy, but national security. Tell us about it.

**O'Leary:** Yeah, because at the end of the day, who would want us to stop building our electrical grid? Who would want to stop us from having compute capacity to develop AI? Which adversary would want that? There's only one. It's China. And so they can't use TikTok anymore to put out all the, you know, whatever misinformation they were doing there. So what I think is happening, and I've got some interesting data for you, this is from last night at 5:00. So when we had the announcement, a unanimous vote by the commissioners in Box Elder County on the project there, I think I'm one of the only data center developers that has his own data scientists working for him because I manage a massive social media platform supporting all my entrepreneurs. We noticed an immediate spike in misinformation on two platforms, Instagram and X, formerly Twitter. So we dug in. I got my guys to go a deep dig into the IP addresses, and here's what we found out. This is fascinating. Party for Socialism and Liberation, run by somebody called Neville Singham, pounding our social media with misinformation about Utah. For example, we're not using any electricity off the grid, Bernie. We're developing our own power, and then we're gonna sell it back to the grid to support the people of Utah and the whole US. Another one, People's Dispatch, Zoe Alexander. Who are you, Zoe? And why are you spinning out all of this falsehood? But wait, we found two cells inside of Utah. Alliance for a Better Utah, Taylor Canuck, Kanosh, maybe, and Josh Kanter. Who are you guys? And why are you spewing all this misinformation out? You say for a better Utah. Why wouldn't you want National defense in Utah. Why wouldn't you want compute power? Lastly, Elevate Strategies, also a cell operating inside of Utah. Gabby Finlayson. Gabby, what are you doing and why? Who's paying you? So what I'm doing right now is after getting this data, I'm calling out Taylor, Josh, and Gabby operating in Utah. I want a forensic audit of who's funding their platforms. Who is it? Are they working with the Party for Socialism and Liberation and the People's Dispatch? Because the content looks almost identical. And so why is this happening across America? Why every time we announce national defense in terms of giving us compute power, do we get pounded by all of these IP addresses? So these are proxies for the Chinese government, is my argument. And if they're not, because I want them to be able to defend their name, Taylor, Josh, and Gabby, come out, come out wherever you are. Let's audit your books and let's show the people of Utah you actually care about them. You know, this is Better Utah, Alliance for a Better Utah. There's nothing in there that's helping Utah. They're just spreading falsehoods. And so I'm calling them out and I want them to clear their names. And thank goodness I've got forensic auditors, Maria. I'm ready to go for work for them. And they should thank me for this promotion I'm giving them right now. If they have nothing to hide, they'll open their books. I don't think so, though. I think somebody's paying them.

**Host:** We've done stories on Neville Singham, and it's a US-born tech entrepreneur, but he turned to be a political activist and has ties to the Communist Party of China. So what you're suggesting here is that the CCP is trying to bust up plans for data center buildouts in the US, because if Neville Roy Singham is behind some of those people, the critics argue that he's basically aligned with the CCP.

**O’Leary:** So Neville, Zoe, Taylor, Josh, Gabby, come out, come out wherever you are, and let’s shine the light of transparency on what you’re doing, because they’re also going after the leadership in Utah itself, these two cells— I mean, it’s the CPP at work here. There’s no question about it.