# EXHIBIT 2

*May 13*

**O'Leary**: Now, instead of being the evil data center guys, we can be the guys that are actually powering the Utah grid, which, by the way, taps into the national grid. So we want to build as many of these power generators before we build any data centers.

**Host**: So where does the gas come from in the world's largest data center, the one you're planning in Utah?

**O'Leary**: Well, mine won't be the largest for years. That's another piece of misinformation being spewed everywhere and I'm going to tell you who's doing it soon. We're going to build 1.5 gigawatts first. So a fraction of the nine gig proposed and make sure everything works and the people there in Box Elder County come and inspect it and see the air quality EPA standards we're going to hold up to, the water rights, permits that we're going to maintain and be compliant with, the noise EPA requirements that we have to be compliant with, quality we have to be compliant with. Get the first one up a small fraction of it and show everybody how it works. That's the plan. And then I didn't need 40,000 acres, but that was the parcel available. That's twice the size of Manhattan. It's called the MIDA designation right beside the Hill Air Force Base. So, I'm not using it all.

**Host**: It's at least three times bigger than Manhattan. Yeah, it's huge.

**O'Leary**: But I don't need all that. But that was what was available. I'm going to lease it back to grazers, do some manufacturing maybe. There's plenty of land. We don't need it all.

**Host**: But the power for it, where does that come from?

**O'Leary**: So, what we do is there's the Ruby pipeline there. It's only 17% utilized. It's one of the most underutilized pipelines in America. So, it's not like we're . . . so, we buy gas from the Ruby pipeline and we put it into a clean generator and it generates electricity and we tie that back to the grid if they want it or we power a data center. That's the idea. So, we have to build the power first and the power itself, I think we have a big challenge in every state. Everybody's got to build more power in the American grid right now and the North American grid for that matter, Mexico too and Canada.

**Host**: Just to be clear, this project is totally energy independent? It takes electricity from nobody else. It creates 100% of its own power?

**O'Leary**: Yes, that's 100% correct, and that was always the proposal, and that is in the contract that we actually developed and got unanimously passed by the three commissioners in Box Elder where this is the benefit. It's to the benefit of the Box Elder, 66,000 people there. They're going to get a lot of tax revenue, a lot of jobs, 10,000 construction jobs, 2,000 maintenance jobs just for the first one and a half gigawatts. So, there's a lot of economic upside. But I must tell you, and this is the first time this has happened to me, I have a pretty big team, as I'm sure you do on social media. I'm managing a network of 12 million plus followers on different platforms, on all of them. And so... about four hours after the vote was unanimously passed on... There was a Monday night at around 6:05, Utah time. I got a phone call from one of the people that watches our network. Looks for abnormalities. And he said, "There's something going on here. Something very unusual on Instagram and on Twitter, which is now X. And I said, "What do you mean?" He said, "The

spiking of a bunch of IP addresses that we don't know and it's spewing out a tremendous amount of information." I said, "Okay, guys, let's get our team on," because I'm very fortunate. I have a bunch of very good data scientists, investigative data scientists, if you want to call them that. Probably one of the best teams privately outside of the government in the Department of Defense, my team's pretty good. You can make the assumption they once worked in these agencies. Alright, let me give you some names here, Tucker: Party for Socialism and Liberation. Apparently, shares offices with the CPP. All over my social media.

**Host**: Okay, wait, let me just stop you there. So, if you're saying that you're being criticized by agents of a foreign government, let me just add my sympathy, empathy in fact, having been the subject of that, you know, quite a bit over many years.

**O'Leary**: I'm well aware. I'm well aware.

**Host**: Right. But this, so, okay. But that doesn't, yeah, you make the case the Chinese don't like it. What percentage of the materials in the data center come from China?

**O'Leary**: Less and less all the time. That's one of the things the administration is trying to do. The turbines are European made or American made. The pipelines are obviously American made. The chips are certainly American made. The actual build out of the facility is mostly American made. I don't think there's a whole lot of . . . We're not mining Bitcoin here.

**Host**: Right. No, I mean, I think I read it's about 40 or 41%. So, I mean, China is benefiting from most purchases that most of us make because it's the world's largest manufacturer, and that would also include the construction of data centers. But my point is, I'm sure there are lots of people trying to influence this outcome to their own benefit, and that would include foreign countries, maybe even China. But it doesn't change the facts about the project. So, I just want to make sure I have these clear. Are you paying, would you be paying market rate for the gas?

**O'Leary**: Yes, I don't have a choice on that.

**Host**: Right.

**O'Leary**: I have to negotiate a gas deal, a pretty well-paying market rate for everything. There's a competition between states for these jobs. I know there's a lot of bad press. I wanted to just finish with the list because I don't think, Tucker, you get the enormity of what's going on here.

**Host**: Oh, I do. I do get the enormity. No, no, I have no doubt that, I mean . . . again

**O'Leary**: Well, I want to mention, too, that are cells inside of Utah, which really stunned me, this I'd never seen before: Alliance for a Better Utah, Elevate Strategies. Taking the content from the CPP, repurposing it, and jamming it down the throats of people in Utah, on my social media feed and lots of other feeds.

**Host**: I have no doubt that's true, but I'm asking questions that I think are relevant to the country.

**O'Leary**: Sure.

**Host**: I'm not an agent of the Chinese. I'm not a socialist. So, I just want to know, like, where's the water coming from?