# EXHIBIT 3

*May 15*

**Host:** Kevin, thank you for joining us. Appreciate it.

**O'Leary:** No problem.

**Host:** One, let's talk about the problem and then we'll talk about the solution. Here's the problem. The reason that the president is going to China is not about their regime. They're not really going to help us with that. It's not about the Strait of Hormuz. That's not really the thing. The whole game here is one word, and it was the first word and only word that China said when Trump was suggesting that they needed to continue with this meeting, which was a little tenuous for a while during the war. Taiwan. How bad is our vulnerability to what is happening with manufacturing in Taiwan?

**O'Leary:** The exposure there is very serious because of semiconductors. Most people have figured this out now in the narrative with Taiwan. For the everyday semiconductor that's in your fridge, your car, your phone, they're it. And it's going to take about 10 years before we build the foundries to offset some of that risk. And even then, it won't be 100%. And so, There is no option but to keep Taiwan free to trade on semis or that—or the Chinese would shut down our economy. And I think people are slowly waking up to the idea that the Chinese government, not the Chinese people, the Chinese government has a long game, and that is global dominance in terms of economic might and military might. And the only way you get there is to somehow put the shackles on the American economy. No one's ever been able to catch up for 200 years with what works in America, which is a combination of democracy, free speech, and the economy and entrepreneurship, which drives over half the consumer economy. We're the largest market on Earth and 20% bigger than everybody else. And so that's what they're after. And there's various strategies that they want to use to shut it down. And shutting down Taiwan, that would cripple us in about 90 days.

**Host:** So let me ask you something. Why hasn't this urgency created a political ambition of focus here at home? Now, part of the answer to this is it has, and that's why we are making so many data centers, which I'll talk to you about in a second. And I know that you're intimately involved in that and there's controversy with that, but the data centers are important, no question. Very important. Very important for the AI modeling. Very important, but arguably not more important than the manufacturing. So why isn't it a both strategy? Why isn't it what we saw with the CHIPS Act minus using a Taiwanese company? Why isn't that the big political play in our country to go to World War II scale and degree of defense production?

**O'Leary:** Well, let me tie the two together in a way I think most people understand. AI compute capacity, in other words, the ability to train AI models to do everything from education to medical research, but of course defense and predictive analysis in warfare and control of robotics and high-precision ordinance that were used in the Middle East and probably still are. All of that is driven by compute capacity, data center capacity. And so, if you were China, and if you could influence the American population to protest the build-out of this infrastructure, which includes power, you have to create electrical power, 'cause we're tapped out, you have to create new power, primarily from that gas. So protest that in every state if you can, and then stop in any way you can legally the build-out of more compute power in Michigan, in Maine, in Texas, in Mississippi, in Utah, where the main new buildouts are happening. The Chinese are building 400 gigawatts of power per year. We're building zero. So that's their plan. And I noticed something really, really crazy at

8:00 on May 4th, just last week, on my own social media feeds when we announced the go-ahead of the Box Elder Project in Utah, which is a buildout of data center there. Some of the people that monitor my feeds said there's something wrong here. We're getting a massive spike in some very crazy content from something called Party for Socialism and Liberation, and another one called the People's Dispatch. And so I said, okay, what platforms are they on? They said they're hitting X and Instagram, and it's by the hundreds of thousands a minute. So, I hired some forensic digital auditors, and I just got the report back last night. There is something called, in Utah, the Alliance for a Better Utah, run by a guy named—I don't know these people—Taylor Knuth and Josh Kanter. So my team went back for the last 24 months and looked at every IRS filing, Form 990s, that would have funded this organization. And wow, wow, here's what we found out. Arabella, which is a Chinese CPP organization—

**Host:** Right.

**O'Leary:** has funded in three different directions this thing in Utah. So, this guy, Josh Kanter and Taylor, Josh and Taylor, we're going to publish this this weekend, the entire report. Good luck to those guys, because if they are—I mean, they're going to have to explain, because you can't—it's irrefutable. These are IRS 990 filings. This thing in Utah is funded by the Chinese government. They should change the name from from the Alliance for a Better Utah to—

**Host:** Oh, good. Expose it.

**O'Leary:** Alliance for a Better China in Utah.

**Host:** Expose it. And then address one other point, Kevin. Whenever you want to come on the show to do a deeper dive on this, let me know. We'll do it at NewsNation. We'll do it on the pod, whatever you want. So, you're in the data center business. And the concern is that these private enterprises, even though they do have a national security impact, are sucking up power and water. The Lake Tahoe story is starting to get traction that they're not going to be able to provide power to the community because the data center is diverting it. Shouldn't you guys be paying for that? And shouldn't we be also increasing capacity that private industry is also helping to underwrite? Don't you have to do—give more and take less as a ratio right now than you are suggesting?

**O'Leary:** That's exactly the misinformation that what you just said there. We are paying for it. We are building our own power. We're not taking any power from the grid and we're giving some back to the grid. We're not using any water from the Great Lake. In fact, some turbines don't use water at all. They're now air-cooled. It's advanced technology. There's so much BS about the Utah project spewed by the Chinese into—

**Host:** But then why is the Tahoe project different? Let's say that Kevin O'Leary's project is okay and it's the way it should be done by others. The Tahoe one isn't. Why?

**O'Leary:** Because it was at a time when it got permitted when you could take power off the grid. You can't do that anymore. There's no power left. And so, the new model is what I'm doing. The sustainable model is there's—I'm not taking any power, I'm giving it back. So, I've got a Ruby pipeline there, it's only 17% utilized. We'll take the nat gas, we'll convert it into electricity, we'll reduce the amount of water by a major factor because of the new technology. And we're running the cooling for the chips just like a car where it's a radiator. You don't—it's internal, it gets

recirculated over and over again. So, all of this stuff—Look, it's on me to go explain this to everybody, and I'm going to, but I had no idea I was fighting the Chinese. This is all—

**Host:** Of course you're fighting the Chinese. Of course you're fighting the Chinese, because they know the best way to beat America is to just keep us killing each other.