# EXHIBIT 4

*May 16*

**Host:** Speaking of another issue in Utah, you're opening an AI data center and it seems like a positive thing, but there's a lot of protesters. What's going on?

**O'Leary:** So, you're right, and they deserve their answers. We're not trying to circumvent any processes. We have to get water permits, air permits. There seems to be a general trend across the nation to be against data centers. And I started to wonder why when on the morning of May 4th, I had a huge uplift in complaints on my own social media feeds. And our own people started to do a digital audit. And we found this organization in Utah that was really, really pushing out misinformation into Box Elder County. I don't know these people, but they're called Alliance for a Better Utah. And I thought, gee, this is really expensive to do what they're doing. Who's funding it? So, I launched an audit and lo and behold, this money is coming from China. An organization called Alabella, and I'm going to publish it over the weekend. We looked at all the IRS Form 990s that—.

**Host:** Wow.

**O'Leary:** Through a really clandestine— it's amazing. They, they're basically bringing in millions of dollars into Utah to push out PR, trying to stop any advance in power generation or in AI compute or any kind of compute. Who would want that? Only the Chinese. I can't believe it. I couldn't believe it. But they should rename this thing Alliance for a Better China in Utah after you look at how much money is coming out of China pouring into this organization.

**Host:** Kevin, I only have a few moments here, but that's fascinating to me because China is coming into the United States, buying up farmland, infiltrating our society. And now you think funding protesters against an American entrepreneur?

**O'Leary:** This is irrefutable. This is Form 990 from the IRS. Now, it's done through a whole bunch of clandestine different entities, and I've traced every single one, and I'm going to publish it today. And I hope these people, Taylor Knoth and Josh Kanter, whoever they are who run this organization, they got a lot of explaining to do to their fellow citizens in Utah because they are not—it doesn't look like to me they're supporting the mandate in Utah at all. They're supporting China.