# EXHIBIT 5

*May 20*

**Host:** All right. Well, America's AI rebellion is growing and it's no longer just online outrage. Recent polling shows AI is now viewed more negatively than ICE, politicians, and Iran. Communities across the country have blocked or delayed at least 48 data center projects valued at some $156 billion in the last year alone. The AI boom needs power, land, and public trust. How can big tech win over the hearts and minds of everyday Americans? We shall debate that topic with the guy who's right at the center of it right now, Kevin O'Leary. Data centers—people are a little upset. They're a little, they're a little concerned about what it might do to their communities. What are you encountering? What are you saying?

**O'Leary:** So, ask yourself, why are they upset in every state where this is being proposed? Who is giving them the misinformation or information? And why all of a sudden is there such a focus on stopping any infrastructure around power or data compute capacity. Here's how—this is a very simple story. The evening of May 4th, for me, I'm the only data center, you know, builder, I think, or entity that has 12 million social media followers. This just happens to be because of Shark Tank, I think. So 6:30, May 4th, my team calls me, said "Something's going on on our social. It's up 10,000% on DMs. And all this crazy information is coming out. That's all wrong. It's just not factual." For example, on the data center in Utah, they're saying we're going to use power in Utah. No, we're bringing our own power. That we're somehow taking water from the Great Salt Lake. No, that's not true. That this thing is going to be 40,000 acres. That's not factual. It's a tenth of that. So, all of this misinformation. So, I get a team and I hire data scientists and some deep guys. Very, very, very strong at scraping IP addresses. And about 16 hours later, who do we got? We got the Party for Socialism and Liberation. We got the People's Dispatch. We've got all of these entities that I'd never heard of spitting out bad stuff on Utah.

**Host:** Wow.

**Host:** Brian, can I echo that?

**Host:** Go ahead.

**Host:** Unleash Prosperity on Monday or Tuesday put out a chart that the Bitcoin Policy Institute said, talking about the anatomy of an influence operation, the campaign against American AI. It's the CC—China—CCP, China state media funneling through the Singham Network to then go into the People's Dispatch that then goes down to Sanders and AOC. And they think that it's like grassroots. But this is saying it's very much funded by either foreign billionaires or China who are trying to slow us down, because if they install moratoriums on data centers here, China can win the AI race. Now, that doesn't mean that feelings aren't valid about people who have a data center outside their home or worried about electricity bills. That's very fair. But I think understanding what is right, what is wrong, what is the real information, and who's funding the grassroots organizations that don't feel as grassroots when you're going out and protesting AI and demanding moratoriums. And it's working. You're getting stories in like Michigan where they're halting projects. And so, I think we just need to be a little bit careful about where some of

this information and the propaganda against AI is coming from, because it's not coming from good actors who have America's best interests at heart.

**O'Leary:** Who's paying for it is the question.

**Host:** Well, but this is tapping into your personal experience, taps into what Winston Churchill observed, right? A lie can get halfway around the world before the truth has a chance to get its pants on. And that's what we're seeing with all this misinformation. And I think this is happening so, so much because so much is at stake, right? National security issues, China getting ahead. We have way more data centers than them, over 4,000 in the US, with another 3,000 yet to be built. But they want to win that IP race. They want to win that data center race. How do you do that? You slow it down with politics here in the United States.

**Host:** So let me—Jackie, you go wherever you want, and I'm not going to ask you a big life question, but let me throw…I've had a chance to talk to a few people. I think maybe you and I have, in fact, on The Bottom Line, data center folks who have opposed data centers in their areas. Okay. And these—this is Wisconsin and Missouri and, and so forth. And it does seem to me like there are quite a few people and they're not all on the left, by the way. I think they're all over the place who have real legitimate concerns about—you know, they live in an area that has a certain character, right? Probably maybe a little more rural. It doesn't have a lot of commerce. And all of a sudden, this massive commercial thing moves into their area. And I think they say, well, what are the ramifications of that? I mean, it sort of happened and we didn't even know about it or we weren't plugged in. And now it's here. And I'm concerned, like, about my power bills and about water in the area. So, there may be the nefarious elements of this and we can debate and discuss that. But I do think there's a strain of the American population that just says, I'm not sold on what the tech world is pushing here with all this data center right now as fast as we can.

**Host:** And I think it was when you were not here, I said that I, you know, visit two small towns, one in New York and one in New Jersey, and I wouldn't want to see a data center there, to be honest with you. Even though I'm for AI and I support the president, and I think he's done a tremendous job going back on what Joe Biden and his cronies were trying to do and crushing AI in this country. So, I hear that aspect of it. But this is like AI is going to take my job as a fear concept that people glom onto then and create a whole situation. If you told me in one of my two small towns that a data center was going to happen, but it was going to be you know, tucked away, that it was going to be in a place that wasn't intrusive, that it was guaranteed the due diligence was being done, that the water and electricity and the power needs and generation were not going to come from the town, and that these things were looked into, backed up, then I might support it. It's kind of like when you go into small towns and you see a strip mall and they don't let you just put a McDonald's there. You've got to kind of make it look like a house or like look like it fits in so that it blends a little bit better. But what's happening is in China, you don't have any of the regulation restrictions that we have here in the United States. You don't have a court system. They're just going to do what they want. They're going to do it where they want, where it makes the most sense for them. And so, what's happening is I think these bad actors, the nefarious groups, are glomming on to that to stop it from happening here. It is

going to happen. We just have to figure out the best ways that we can do it, the best places to put it.

**O'Leary:** But here's how we should solve it.

**Host:** 5G, we had the same problem 6 years ago, right? Cell towers are sending radio waves. And now people argue when they can't stream their Netflix, order DoorDash because they don't have a signal. We've long forgotten about the fear because the adoption and the convenience has kicked in.

**O'Leary:** Here's how we solve the problem. I got a—breaking some news here. I got a call yesterday from a special agent, will not tell you which part of the government, along with four other special agents, all from different parts, saying, "you want to collaborate with us?" You have IP addresses that only we know about. How about this one? The Cuban Institute for Friendship with the People.

**Host:** Oh God.

**O'Leary:** What are they doing marching around in Utah? So, I said to the government, guys, let's form a team. I will give you 90 pages of IP addresses that hit my social media. I know who they are because I hired my own guys, PhD guys that can do this stuff. I have all their addresses. Now you have them. There are—and the death threats, I have their addresses too. I gave them to the FBI. So, let's shine the light of transparency on these people. Here's a chart of just from that Singham guy, IRS 990 filings just to the Alliance for a Better Utah.

**Host:** Yep.

**O'Leary:** What the hell are they taking Chinese money for? All proven, all through these nefarious entities. My guys found this. I gave it to the government. Good luck, boys. Enjoy your new friends.

**Host:** I hear you. For argument's sake, have we thought about 10 years from now how we're changing rural communities? I grew up in a rural small town and an awesome university went up, UC Merced.

**O'Leary:** You don't like jobs? 2,000 jobs?

**Host:** The ones where they're driving AI-driven John Deere tractors?

**Host:** I—yeah. No. And I'm not arguing.

**Host:** I hear you.

**Host:** But 10 years from now, the way we're changing the world, I just—are we prepared for, like you said, Silicon Valley is saying it's coming to your backyard. We don't care how it looks.

**Host:** Well, this is just—

**Host:** And I'm just…

**Host:** It's a good point. Can I add on this? I mean, there's a feature of American life right now. I think this is getting to what you're saying. And I'd like you to interact with this. You have in America, you do have homegrown concerns about things, right? We ought to debate.

**O'Leary:** They're justified.

**Host:** Right. So, what you have is you have legitimate home. It could be about data centers. It could be about the Iran war. But then you have people outside the country who identify those concerns and they—and perhaps they're saying we are going to ramp these up exponentially to turn it from what it is, a homegrown concern, into what looks like some kind of landslide movement or something, right. It is those outside actors that can manipulate internal public opinion and all of a sudden the debate doesn't look the way it ought to if they're homegrown. It looks like some—like, oh my gosh, everybody in place X is against us. Well, maybe they're not. They have questions, but they're not all against us. How do we solve the problem of good internal debates becoming the entryway for outside actors manipulating our politics? I mean, I think that's the bigger question here.

**O'Leary:** We shine the light of transparency on these nefarious actors, as I'm trying to do along with other developers. And we go through the process. I can't build without air permits. I can't build without water permits. I can't build without partners. Why ranchers that are my partners that are selling me the land, the desert that's away from where anybody lives, that's not that close. They want to sell their land because it's brinish water and they're now going to create jobs and get monetized. Why should somebody in Cuba have a right to tell a rancher in Utah what to do? Because that's exactly what's going on here, everybody. I can't believe this stuff. I can't believe it. And I have the IP addresses, I've got the links, I've got the content, and now the government has it, and we're going to work together. We're going to shine the light on this thing.

**Host:** It's—when you're in a race with somebody, sometimes you find they'll do whatever they can to get the lead.

**O'Leary:** They just met a honey badger. That's what I am. That's what I turned into. I'm a data center honey badger. That's it.

**Host:** Bringing it back.

**Host:** Honey badgers, they have a nice name, but if you find out what they really do, they're tough to deal with. Okay, we're gonna follow—look, it's a debate. There's a lot of different sides in this. There's a lot of dimensions. We are gonna follow it. We're gonna have it. And we like to bring on the guys who are right at the center of it. And you're good to come here and give us your side of the story and make the case.

**O'Leary:** You've always known me to tell the truth, whether it's popular or not. This has cost me a lot of crazy things happening.

**Host:** Yeah.

**O'Leary:** But hey, honey badger.

**Host:** Watch out for the honey badger if you're a guy who has honey. Okay.