# EXHIBIT 6

*May 20*

**Host:** Joining us now, O'Leary Ventures Chairman Kevin O'Leary. Kevin, it's so fantastic to see you. If you go through—this is the Wall Street Journal story—mind-blowing growth about to propel Anthropic into its first profitable quarter. And we've been talking about this for some time. Anthropic, specifically with Claude, is making a product that people and businesses need. This is something, quote, "I need—this is helping me grow my business and build my products." That's somebody I talk to quite frequently, and it's indispensable for businesses that they can't do without it.

**O'Leary:** Not any business, every business, every sector of the S&P 500 is now finding productivity and margin gains using these tools. They're just tools. We have standardized on Claude in our enterprise in doing a lot of analysis. We also have specific tools for generation of content to working to reduce customer acquisition costs. All kinds of stuff—to issue insurance policies faster. It's really made earnings quite remarkable in a time of a lot of uncertainty. But no one knew this would happen this fast. I mean, I don't think we could give up these tools anymore. They're engrained in our business processes.

**Host:** So, okay. But, you know, Kevin shared on Big Money today that the company did like a—you asked all your employees which, you know, which AI are we going to want to use? And they picked Claude. They voted on Anthropic and Claude as the one that you guys wanted to use in your organization.

**O'Leary:** Well, the enterprise had to standardize on one. So, I'm democratic in that sense. I said the majority rules. I thought they'd go a different direction, but the engineers won. And so, the marketing people are now on it and they're using it too. So, but we use other tools as well. We're spending more and more each month on AI tools because we're getting back such phenomenal returns.

**Host:** So let me ask you, what I want to ask you about is this OpenAI IPO. Okay. So, it's a big deal. There are a lot of people who want in on it, but it's kind of a hype thing, too, right? I mean, there's a—they're using the products, they're making money. But the hype around this seems exponentially bigger maybe even than the economic returns right now. Do you get nervous about an IPO like OpenAI, like it's too much hype, not enough meat and substance?

**O'Leary:** No, no. I think the fact is there are only going to be four or five of these companies that are able to raise the billions required to build the infrastructure to support these models. It's a global competition, particularly against the Chinese right now, because they're trying to beat us on AI, because the country with the best AI is going to win all the wars. That's what's going to happen. The predictive analysis, the highly specific ordinance, the precision of all those devices, and of course, the support of the economy. I mean, it's amazing for the economy. I think at the end of the day, you want diversification in your portfolio, not just one stack. For me, I'm playing the picks and shovels. I'm building energy because you need energy for this stuff. And I'm building data centers and they're different things. But right now, we need more electrical power in this country beyond just data centers. We just need power because we've got a booming economy.

**Host:** Before we move on to the data center issue, I just—you know, it might be a Sam Altman versus a Dario Omadei versus, you know, all the other multi—you know, Jeff Bezos and Zuckerberg. But that's America. Like, it's America versus China and all the rest of them. So as one succeeds, as all succeed, we succeed. Because if people are upset about their healthcare costs going up, AI is the way that will be solved.

**O'Leary:** Yeah, yeah, it's going to solve health—it's going to help in education in a big way. It's going to help in bioscience. It's going to help in healthcare management. It's going to help in everything. All of those people you just mentioned, they're my customers. They need power. I mean, I talk to all of them. They need power. They need a ton of power. And we have to do it in a way that's compliant, cleaner, more sustainable. I mean, we need more nuclear power, but we don't have enough of it right now. We'll have it in 15 years at an affordable pace. But right now, it looks like nat gas burned cleanly is going to be the way to go.

**Host:** What are you going to do about the data center opposition? There's some real homegrown opposition. I think there might be some that's not homegrown, but it's out there. And you're a data center guy. You're building the biggest one in Utah. How do you navigate all this?

**O'Leary:** Well, I'm trying to get the misinformation squashed because there's so much falsehood about it. And we're wondering, it costs a lot of money to pump out that much misinformation. For example, that we're building one the size of Manhattan or two times the size of Manhattan. And that's ludicrous. We're going to drain the Great Salt Lake of water. That's ridiculous. Because a lot of the technology now doesn't use water. It's air-cooled. So, a lot of people spreading a lot of misinformation. And I was interested as just one guy, where's it coming from? Who's paying for it? And so, I hired some data scientists, some experts to scrape IP address. Wow, I got some crazy things. I mean, the Party for Socialism and Liberation, huge. The People's Dispatch, how about that? Alliance for a Better Utah. Where are they getting the money from? Bad places. This is all IRS filings. This is all the money that's going to these guys from nefarious content that's being investigated right now by Congress. I mean, there's some bad dudes doing this stuff.

**Host:** I still think we need to get you in some jeans and like a flannel next time you plan a data center.

**O'Leary:** I'm—look, I have 90 pages.

**Host:** You got to go to the town meeting.

**O'Leary:** Sure. But I want people to understand and debate the real issues, not falsehoods. They have the right to know how the water is going to work and all that, and how the air is going to work and how clean it's going to be. I want them to ask those questions. I want them to get the facts. Meanwhile, I took my 90 pages of IP addresses from foreign countries and gave it to the government. They're having a heyday with it.

**Host:** It is a big debate. You are, as usual, right at the center of the big debates in America. We love having your perspective.

**O'Leary:** I'm glad we're having the debate. I really am. We need these. We need to advance against China. We need to protect ourselves.

**Host:** Good to see you tonight, sir.

**O'Leary:** Thank you.

**Host:** Thanks for being with us.

**Host:** At least we say "Oh" the same way. I'll just say that if you want to build a data center where I'm from, "Oh" works.

**Host:** All right.