# EXHIBIT 7

*May 24th*

**Host:** Joining us now is the chairman of O'Leary Ventures, Kevin O'Leary, who is currently building one of the largest data centers on the planet in Utah. Kevin, thanks for joining us, Mr. Wonderful.

**O'Leary:** Great to be here, thank you.

**Host:** Listen, I know that your, your counter to this is that a lot of this criticism is Chinese propaganda, and I don't want to put words in your mouth. That's me reading the tweet that you put out, that some of this criticism, some of the organizations behind it, you found ties to China. But I know a lot of people that are not being spoken to or for by China that don't want giant power lines cutting through their backyards, that are worried about things like if you can actually cool these data centers without using all the water in a closed-loop cooling system, which to my knowledge hasn't been used on something as big as what you guys are building. So it's—there's at least a question mark there. How confident are you that these concerns are either not legitimate or not important enough to slow progress?

**O'Leary:** No, no, everybody that lives there should be answered. It's very important. I've been developing real estate for decades. The local community is everything. Relationship with the buyers and the sellers in that community. There's so much information that is wrong and fake and false, particularly about water use. I mean, 20 years ago, the complaints that happened in Virginia, which were legitimate, were about power usage, the amount of heat, the amount of noise. The amount of water used, all of that has changed dramatically with new technologies. There's turbines now that don't even use water, closed systems that cool chips. This is about being competitive against the Chinese and other adversaries and making sure that we have compute capacity. But not just that, you need power. We need power in the grid, our grid, the US grid. We're tapped out. We don't have any more power. You can't have a data center without power. So, you might as well talk about power separate from data centers because no one can build a new data center, including me, without bringing new power. And in our case in Utah, we would like to sell some of that back to the local grid to make sure their prices don't go up. And all of this fake information about taking water from the Great Salt Lake.

**Host:** But, I mean, that's part of the concern, right? The concern is prices might go up and you're selling an idea that, hey, you know what, the data center's a side project. We're gonna make a power plant. We're gonna make so much power that we're gonna make more power than we're gonna use. It just seems to me, if I'm a resident there, I don't know that I trust that to be solid. I mean, that's a great idea. It's a great ambition. But do you know that for sure, that you'll make more power than the center will use?

**O'Leary:** I have no choice but to put out the facts. I have to go through the process. You have to follow the law. We need to get a permit for air, for water, for noise, for temperature. We have to disclose everything. We have to submit our plans to get the building permit. So, I was wondering, where's all this information coming from when it started the evening of May 4th when we got approved? And look, I'm just a very open guy. I think people know that about me. Something called Alliance for a Better Utah, run by somebody named

Taylor Knath and Josh Kanter. Who's funding them? Arabella Ventures. How did I find that out? I put my auditors on top of them and looked at their IRS filings, 990s. Foreign money going into Utah? What is the Cuban Institute for Friendship of the People walking around in Box Elder County for? Who are these people? Salt Lake Party for Socialism and Liberation, Salt Lake Democratic Socialists for America. Where's that money coming from? How can they afford to bus these people in? Here are the facts from the IRS, okay? Open your books. Let's talk about it. This is happening all over America. People want to stop the development of power. The facts from the IRS filings. I'm sorry, but I'm a little unhappy. I want to tell the truth. So, let's get it out there and put it on, because I don't like foreign money telling people what to do in America. You shouldn't either.

**Host:** Yeah, you know, Kevin, I totally understand that, and I, I do think that there's a lot of propaganda, anti-AI propaganda that's getting pumped in on TikTok and elsewhere. We're seeing a lot of young folks even at their college graduations when AI is brought up, them audibly booing. So, it's obvious to me that there are definitely campaigns, foreign-funded campaigns into discouraging AI and the things needed for AI here in the US, which I think is, to your point, also BS. But to Joey's question, there are people that are living in Georgia that are being impacted by this eminent domain and I'm sure elsewhere. What do you say to them? Nobody wants anything in their backyard, right? That, like, it's like the age-old thing, and it's got to go somewhere. But what about these people that have made a life and now they're being impacted by this? What do you say to them?

**O'Leary:** I think everybody has to follow the law. We have laws and we should follow them. And if they're being treated unfairly, they should go to their representation. But I'm not taking land away from anybody in Utah. The ranchers there want to partner with me. They own the land. It's their right. Should they listen to somebody in China to tell them what to do about their land? We have land rights. You can do that. That's what's important. And so, I'm not taking all this land. This idea that I'm building something twice the size of Manhattan is completely false. That I'm using water from the Great Salt Lake, completely false. That I'm using power from Utah, completely false. It's a lie. I'm building my own power. All of this stuff is false, and I'm getting a little ticked off. So, I've had enough. And I've hired a lot of people to go find out who's funding these falsehoods. And it all leads from foreign dark money. And the people in Utah that are taking this money—I gave this data to the feds on Friday. And I also gave information about a woman in Colorado who threatened my family's lives and those of my executives. The—you know, the FBI visited her Friday afternoon at 4:00. I'm showing it all to everybody. I've had enough of this stuff, and you should be unhappy too. And everybody in America that's watching every single progress on power or data centers being shut down by foreign influences should be unhappy. And if you want the information, I've got it. All of it. IRS irrefutable filings. What are those people doing in Utah? Why do they have a say in what happens in Utah? Let people in Utah vote. I'm 100% good with that, and I want to give them the true information. And all the taxes we're paying and all the jobs we're going to create and the education we're going to provide and how good data centers are for defense and medical research. Enough already. I'm just one person saying this is ridiculous. It's got to stop. Let's get the facts in front of the people and ask who you're marching beside. Who paid for you to be here? Are they from Cuba? Are they from China? Where'd this come from? Why are you here if you don't live in Utah?

**Host:** All right, Kevin O'Leary, thank you for joining us.

**Host:** Thanks, Kev.