# EXHIBIT 8

*May 25th*

**O'Leary:** I have another mission that has emerged from this that I did not see coming. And maybe we want to segue into what happened the evening of May 4th at 8:30, because I have 12 million plus followers on various social media platforms. I got a call from one of our IT guys and he said, "there's something wrong here. There's a massive influx in DMs going on on two specific platforms, X, formerly Twitter, and Instagram. Not a small increase, tens of thousands of percent increase." I said, "well, is that a mistake? Is there a technical glitch on these platforms?" He said, "unlikely. They're two different complete platforms." So, he had a first look, and he said, wow, there's a lot of similar IP addresses here. And so, we did an initial scan, and we realized, wait a second, there are bots operating here. There are nefarious accounts out of the country dumping stuff that's completely false about Utah. So, we didn't wait. The next morning, we hired and started working with a very advanced data science team. And what we learned was, to me, shocking. Just stunning. I—I couldn't believe it. I mean, I still can't because I'm getting the data by the four-hour cycle now. The content itself was coming from two batches, two— like, the actual pixels, the images were from the Party for Socialism and Liberation and the People's Dispatch. I'd never heard of them before. You do a search on them, you'll find them under investigation by multiple branches of Congress. Most of the—within the IP addresses in Utah were coming from two IP addresses, Alliance for a Better Utah, and one called Elevate. So, we found out that Alliance for a Better Utah was actually a tax filer. And we went to the IRS Form 990s, which are public. And we started to drill down into what the filings were. And lo and behold, multiple filings through multiple entities all over the world, all going back to something called Arabella. Neville Singham, under investigation, multiple branches of the government, shares offices with the CPP. So, then I said, I want more. Can you tell me the exact amounts? And we got those the next day. We're talking about millions, hundreds of millions of dollars here. It's not just Utah. These guys are doing campaigns everywhere there's a proposed increase in power and/or a data center. More digging, more. Salt Lake Party for Socialism and Liberation, Salt Lake Democratic Socialists of America. Then this one today—the Cuban Institute for Friendship with the People. What the hell are they doing marching around Boxelder County? I mean, what is this? And so, I called my contacts at the White House. I raised the flag and I said, what the hell's going on here? They put me in touch with various law enforcement agents. We had a meeting last week with my entire dataset team and multiple law enforcement agencies, and we started sharing data. I gave them 90 pages of IP addresses, all from all over the place, all around the world, hitting these locations. Do you see where I'm going with this? I'm not okay with this. And I found it in Alberta, Canada too. So, it's—there's a war going on, I guess a PR war. Or whatever you want to call it.

**Host:** I mean, is what you're suggesting that these, these entities are sort of taking funds from the Chinese Communist Party and using those funds to sort of, uh, run a digital sort of blackmail campaign against your projects?

**O'Leary:** I'm not suggesting it. It's an irrefutable fact. This is IRS 990 filings with the exact dollars and dates. From exactly where it came from. No, no, not infuting. I'm saying that is exactly what's happening.