# EXHIBIT 9

*May 27*

**Host:** I want to bring on Mr. Wonderful right now, Kevin O'Leary. Kevin, we thank you for joining Top Story. I want to start out with a simple question. Why does the country need a data center this big? 10,000 acres? That would consume more electricity than the entire state uses in a year. Explain this to my viewers.

**O'Leary:** So, there's a lot of misinformation, including that that you just pointed out, that's been put out about this project. First of all, the parcel's 40,000 acres, of which maybe we'll use 9,000 over 10 years. That's lie number one. Misinformation number two is that we're going to use so much electricity that all the rates are going to go up in Utah. We're not using any electricity from Utah. We're building our own power plant off the Rose Pipeline. In fact, giving back power to the people in Utah so that their rates stay stable and don't increase. Actually, this will help that. And the third, and I think of grave concern, you talked about the environment. By the way, I'm a graduate environmental studies, so I understand the issues. But about the water level in the Great Salt Lake, we're not going to be touching water in the Great Salt Lake. We're a long way from that. We're not using any of that. And the idea that we're using millions and millions of gallons of water, also a falsehood, but put out by—well, I'm starting to learn who put it out. But the fact is, a lot of the turbines today are much different than they were 20 years ago. They're air-cooled. So, the idea that every—all the water is going to be used this way, and the water used to cool chips is like your car now, a radiator, it's self-contained. So, a lot of falsehoods and lies. And I began to think.

**Host:** I know there's a lot of misinformation that has maybe been put out there. I do want to—the only thing I brought up was that the data center, once it's built, will use more electricity than the entire state in a year. Is that not true?

**O'Leary:** No, it's not true. The phase 1 is 1.5 gigawatts, which is 1 gig of compute. That'll take us probably 2 to 3 years to build, and that will be powered directly from our own power plants that is coming off the Rose Pipeline. So, no, that's incorrect as well. In fact, the way you got to look at this is it's phased. It takes a long time to do this. It will create about 4,000 jobs in that first build over three years in construction. It will then maintain a job base around 2,000 highly skilled engineers and support people. And I would think you'd want those jobs in Box Elder County because they're very—they pay well. And also, the taxes we're going to pay. I mean, I think this is a great project for the county.

**Host:** No, I hear you. I hear you. I think, I think the issue that's being raised is how much power will be used, not where it's coming from, just to vet you. But let's move on here. I want to ask you, this has never been done before, right? To your credit, you're trying to do something big. At this scale, a project this massive, how can you sit here and guarantee it's going to be safe?

**O'Leary:** Because you build it out in 1.4 gigs. The amount—you know, people talked about it being the largest on Earth. That's not true. And it's four times the size of Manhattan. Also a falsehood. We're building 1.4 gigs. That's a standard-sized data center to start. Everybody can come and look at it when it's finished and see how much water it's

using, the quality of the air, the sound, the heat profile. That's a small facility. That'll be the first part. And I think that's the way to do it. We should prove to the people of Box Elder, including all the people that work there, that we're going to do exactly what we said. And by the way, we're not trying to circumvent any permits. We have to get the land. We have to get the water. We have to get the noise. We have to get EPA. We need it all. And it's all public.

**Host:** I hear you. Kevin, I hear you. So, you're going to build it in phases. And by building in phases, it'll be a bit more responsible is what you're saying. But eventually, though, you want to have the biggest data center in the country, correct?

**O'Leary:** If we can get 7.5 gig, that may be the biggest in the country, but that'll be 9 years from now because we do have about 40,000 acres of which we could use as much as 25%. But that—remember, this is not farmland. This is arid desert and it's used for grazeland. And most of the ranchers that have sold this are leasing it back to continue grazing. It's not in anybody's backyard. You won't see it from anywhere.

**Host:** I get it, I get it. But as you mentioned, you know about the environment, and I'm sure you're aware from at least what my producers are telling me, hundreds of species of birds that call this area home around the Great Salt Lake area. I do want to move on. I, I'm in New York, right? I'm not sure where you're coming to us live from, but I'm in New York. The people of Utah where you're building this, right, they have a lot of opinions about this. They want to speak to you directly. Here's what some of them have said about this project. Let's listen.

**Utah Residents:** They're not taking the people into consideration. There's no transparency. We weren't allowed public comment. The people who live here don't want it. And a message for Kevin O'Leary: we are not bused in from other states.

**Host:** Kevin, you heard them there. You have the floor. What do you say to them?

**O'Leary:** Well, it's interesting. The first protest, if you want to call it that, on May 4th had 2,500 people there interested in the project. This last one you pulled those clips from had 200. So, there's 66,000 people that benefit from this in Box Elder County. I want to talk to them, and I want them to get the truth. So, I've started to spend a fair amount of money in working with the federal government to find out who is funding this misinformation. And we found out some fascinating stuff just since March 4th. And I've given it all back, starting from the White House to all the special agents I'm working with, with all of the federal agencies. There are some very bad people funding this misinformation.

**Host:** The Salt Lake Tribune has done some research. They said the people protesting you, at least the people that they looked at that filed the petitions and paid the money, the vast majority had Utah addresses. They were locals. They were from the state.

**O'Leary:** Well, I think we have to answer the question to everybody. I want the people that actually benefit from it to get the answers they want. I want to be totally transparent, and I plan on doing that. But I'm talking about money coming from nefarious foreigners by the hundreds of millions funding organizations within Utah, like the Alliance for a

Better Utah. I have the IRS filings that show they took money from Arabella funded by the Chinese. Neville Seville, I handed it over to the government. They said, we've already been investigating this, not just in Utah. They're doing this everywhere where power is being built, not just data centers. Anywhere America tries to build power onto its grid, you've got Chinese money bringing in protesters and funding protests with misinformation, not just in Utah. So that woman you just had a clip of, where did she get her information from? Because what she was talking about wasn't correct. She's probably thinking that it's draining water from the Great Salt Lake, which is not true, and that it's 40,000 acres. Not true. That we're using power from Utah. Not true. It's going to melt a hole in the ground from heat. Not true. All of this stuff is false, funded by foreign money.

**Host:** Yeah. No, I hear you. I hear you. And if any—

**O'Leary:** and I've proven it with IRS filings. Yeah.

**Host:** And if any laws were broken, you've submitted that to federal authorities, as you say. I'm sure they will investigate it and they will—they will either call them out or they'll take legal action. Earlier this month, our team covered this data center project and spoke with Robert Davies, who you may or may not know. He's a physicist at Utah State University. Here's what he told us. Listen.

**Robert Davies:** This has the footprint in the valley of 2,000 Walmart supercenters. That's the physical footprint. If you want the energy footprint, in units of Walmarts. It's 40,000 Walmart supercenters in this one small valley.

**Host:** What's your take on that? I guess the big question here is—

**O'Leary:** That is complete BS. 100% lies. I don't know who this guy is, but that's complete—you know what.

**Host:** Well, tell me what he said is wrong.

**O'Leary:** Absolute crap.

**Host:** Tell us what he said is wrong.

**O'Leary:** He just made that up. He has no idea. We haven't even submitted the proposal yet for the land permit. He has no idea how many square feet we're going to use or where they're facilitated. He is full of poo poo.

**Host:** Yeah, I hear you. I hear you there, Kevin. Do you think that you've done enough of a good job to sort of get your side out there? The public relations part. The governor of Utah, who's on your side on this, has acknowledged, right, that the rollout wasn't exactly perfect here. What should have gone differently, in your opinion?

**O'Leary:** Well, I think I can't change the past. What I can do now and what I will do is make sure the real information gets out, the actual facts through the permitting process that everybody understands exactly what we're doing with water, exactly what we're doing

with power. But I am doing something that's unique to me because no one else that develops data centers has 12 million followers. I'm catching every four hours the people that are squatting on my social media putting out misinformation. This is one hour old. Okay. You're the first to get it. I gonna call it breaking news. Someone called Caroline Gleach, apparently she fails a Utah senator in 2024. I don't know which party she was with. I don't know her. She is actually putting out falsehoods with—and being funded by something called Bear and Earthly Education. Where are they from? Australia. Why would Australian money fund her in Utah? I mean, I'm amazed. So, I've got—I have an international team now. We're digging because most people know that Australia has now become a vector for the Chinese now that they can't use TikTok. So, Caroline, what are you doing squatting on my social media this morning? 26,000 times. What are you doing? Because I'd like to know. So call me.

**Host:** So, I'm sure she'll listen here.

**O'Leary:** You're in Utah. You represent the Utah people. What are you doing?

**Host:** Yeah, Kevin. But I think there's, there's also a larger point here that maybe some people will have to understand. And I don't know if it's the size of your project that's got people so concerned. I saw this stat and it blew my mind, right? 40% of Americans live within five miles of a data center. They are growing all over the country. The vast majority are actually in urban centers and people are using AI like crazy. Without these data centers, right, these AI companies cannot operate. How important and why do you say it's an issue of national security? Does the US need projects like this?

**O'Leary:** Do you want to cure cancer before the Chinese does? Do you want the benefit of ubiquitous education for everybody regardless of their socioeconomic status in America? Do you want the best defense around the world? Do you want the highly trained ordinance to protect the American people? All of that comes from AI. Do you want to win the space race or would you prefer we took a breather, as Bernie Sanders is suggesting, and we don't build any data centers and we let the Chinese do it. Just to give you a stat that should wake up everybody in America, last year we didn't build any new power. Forget about data centers, just new power. The Chinese built 400 gigawatts with coal-burning turbines. They don't give a damn about the environment, but they want to beat us on AI. So would you rather have the Chinese tell your children what to eat for breakfast in 20 years, or do you want America to have the strongest defense it can have. This is not just about one topic. AI is the future of the economy. It will determine which economy succeeds, who wins wars, who cures cancer, who educates their population, who gets to space first. It's everything. Now, it's scary, and I understand people are nervous about jobs, but I don't think the robots are going to eat the children. I'm sorry, it's just a tool. And I think that's what people should get their head around. Everybody should contribute. Everybody should build a new class data center like I am.

**Host:** Yeah.

**O'Leary:** Which is not using massive amounts of water or any water at all in the case of air-cooled turbines. Forget about the data centers built 20 years ago in Virginia. They are

old and they're noisy. And that was—we don't use any of that technology anymore. So, let's educate the people of Utah and Box Elder County, the people I care about, the 66,000 that will benefit from the jobs and the taxes and everybody else in America. And let's ask ourselves, who's giving us this misinformation? Because they're not very nice people.

**Host:** I'm sure you're going to continue this campaign—real quick. I got a couple—two more questions for you. First, are you fully funded? I saw somewhere this is going to cost around $170 billion. Are you already fully funded on this project?

**O'Leary:** Nobody's fully funded in data centers. Each—the first phase is $15 billion. So that's a massive amount of capital. Half of it will be debt. Half will be equity. You should make the assumption that I'm talking to every single hyperscaler and every source of financing around the world. Everybody's interested in putting capital into Utah. This is a fantastic facility and a great opportunity for everybody in Utah. They may be able to lead the digital conversion of the American economy. We don't know yet, but it's a huge competition. Just so you know, Texas wants that status. So does Mississippi. So does Missouri. So does Wyoming. So, there's a lot of states that would like to get $15 billion next week.

**Host:** Yeah.