# EXHIBIT 10

*June 3*

**Host:** You told the Salt Lake Tribune you're not walking away from the data center. You are looking for a way to scale it down, but not 75%. Is that right?

**O'Leary:** Yeah. This is the Adams letter. I brought it with me. Uh, 9:01 Monday morning, it went around the world, including all of the people financing this, a $15 billion project, in addition to the engineering architectural firms. But he did it for political reasons. I understand why he did it. In real estate, you would never give your partner a 75% haircut. That's impossible. You can't take a building—it's like selling me a house and telling me I can live in the second-floor toilet. It doesn't work. We—but I understand why he did it, and he has a list of grievances and concerns. I have to address these personally now, and I've told the Tribune in Salt Lake City and the local affiliate there, the ABC affiliate, I will respond to this letter by Friday morning. I've had my engineers, the architects—we will address these concerns because it's my best interest to do that. The people there have been fed so much propaganda and misinformation, including this narrative about the levels in the Great Salt Lake. The water on this property has nothing to do with Great Salt Lake, and we're not even planning to use that much of it at the end of the day. But we've decided to address his issue and maybe give some of that water to the Great Salt Lake. It's Josh Romney, Mitt Romney's son, who's taken on that mandate to raise the level. We'll work with him. We'll work with whoever we have to. But this is just one microcosm of what's going on all around the country on data centers, as you're well aware.

**Host:** Yeah. So, one of the things that's going on, I know you—I just read the story in Notice. The chairman of the powerful Ways and Means Committee in the House is looking into right now, investigating whether or not there is foreign money, specifically Chinese money, funding some of these NGOs that are opposed to this data center and other data centers. And I guess the theory is the Chinese are trying to stop our progress so that they can shoot past us in the AI arms race. What do you think?

**O'Leary:** I heard that story from—there's only 15 teams developing these data centers in North America. It's very complex, very expensive. I'm one of them. Some of my cohorts in this area called me about this, saying, "When you announce this Utah thing, you're going to see some crazy stuff happen." I said, "Ah, conspiracy theory. I don't buy it." About 8:00 on May 4th, after it was announced, all of a sudden on my Instagram and X formerly Twitter feeds, unbelievable explosion of DMs with false information. And I thought to myself, "This is really expensive. Who is doing this?" And 48 hours later, names like the Party for Socialism and Liberation. The People's Dispatch. And the IP addresses—so I hired some forensic auditors and some IP scientists. It led back in, in Utah, because some of this was going into Utah, Alliance for a Better Utah. And I said, okay, pull—they're tax-free. Pull their 990s. Go do a forensic audit on their IRS filings.

**Host:** Mm-hmm.

**O'Leary:** Let's find out who's funding this incredibly expensive campaign against our project.

**Host:** Yeah.

**O'Leary:** And lo and behold, I couldn't believe it. They all go back to an entity called Arabellum, which is funded by a guy named Neville Singham, who shares offices with the Chinese Party.

**Host:** Yeah.

**O'Leary:** And apparently, he's under investigation by multiple agencies in the government. So, I took all the data and I gave it to the government, including Smith's initiative. They have all the data. And I'm just, I'm just taking public filings. It's irrefutable. I know the company's been under scrutiny, but I don't know how they're going to explain this.

**Host:** But you know that wherever this is taking place and whether whatever company is doing it, these data centers are, generally speaking, not popular with a segment of the population. They worry about power, they worry about noise, they worry about water. Are those concerns not legitimate?

**O'Leary:** You might ask, why is that? Remember, the data centers that really made this industry unpopular were first built in Virginia. They were noisy. They hummed. They spewed a lot of heat. They ate a lot of water. That is 20-year-old technology. Today, what we're going to build in Utah is completely different. It's not a box with no windows. We're building a place where people want to work. We're building our own power. We'll give it back to the state. We're going to give water back to the Great Salt Lake. If we have to build a daycare center for our employees, we will. I want people—remember, I'm bringing $15 billion to Utah, 2,000 long-term high-paying jobs and 4,000 construction jobs. But obviously I've got to address the letter.

**Host:** Yeah.

**O'Leary:** And I have to talk—I've said no more lobbyists. I'll address the people myself. They know who I am. I'll go on television every day if I have to and say, here's every phase. All these things you've been fed are not true. The size—one story was it was 23 atomic bombs of heat. What a load of BS. That's so not true that we're going to use all the water in the Salt Lake. Not true. That we're going to use all the power and the rates are going to go up. Not true. None of it's true. So, I have to turn them around first, address Adam's letter, re-engineer. I've been working on this day and night with my teams. I think we'll have an answer by Friday morning. All right.

**Host:** Come back and tell us what happened. Appreciate it.

**O'Leary:** Thank you very much.

**Host:** Good to see you, Kevin.