# EXHIBIT B

cell

noun 2 Synonyms Example Sentences Word History Phrases Containing Rhy

# cell 1 of 2 noun (1)

ˈsel

Synonyms of *cell* >

1 a : a single room (as in a convent or prison) usually for one person

b : a one-room dwelling occupied by a solitary person (such as a hermit)

2 : a basic and usually small unit of an organization or movement

terrorist *cells*

3 a : **CELL PHONE**

b : any of the small sections of a geographic area of a cellular (see CELLULAR entry 1 sense 3) telephone system

4 : a small compartment, cavity, or bounded space: such as

a : one of the compartments of a honeycomb

b : a membranous area bounded by veins in the wing of an insect

5 : a small usually microscopic mass of protoplasm bounded externally by a semipermeable membrane, usually including one or more nuclei and various other organelles with their products, capable alone or interacting with other cells of performing all the fundamental functions of life, and forming the smallest structural unit of living matter capable of functioning independently

6 a (1) : a receptacle containing electrodes and an electrolyte either for generating electricity by chemical action or for use in electrolysis

(2) : **FUEL CELL**