# EXHIBIT C

proxy

Dictionary Thesaurus

# proxy noun

ˈpräk-sē

plural **proxies**

Synonyms of *proxy* >

NEW **Simple Definition**

**1** : the agency, function, or office of a deputy who acts as a substitute for another

**2 a** : authority or power to act for another

**b** : a document giving such authority

*specifically* : a power of attorney authorizing a specified person to vote corporate stock

**3** : a person authorized to act for another : **PROCURATOR**

adjective



## *Proxies* and Proxy Servers

*Proxy* comes from a contracted form of the Middle English word *procuracie* (meaning "procuration"). A *proxy* may refer to a person who is authorized to act for